UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AKMURAT O. DOE, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 1:25-cv-13946-JEK

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned, Jason S. Patil, Trial Attorney, hereby withdraws

his appearance as counsel for Defendants in the above-captioned matter. This withdrawal is due

to the undersigned's mobilization to active duty in support of U.S. military operations beginning

April 3, 2026, with a last day in the office of March 31, 2026.

Defendants continue to be represented in this matter by Bronwyn Nayci, Trial Attorney,

and Eve Piemonte, Assistant United States Attorney, both of whom have already entered

appearances and remain as counsel of record. This withdrawal is not anticipated to cause any

delay in the proceedings.

Respectfully submitted,

By: */s/ Jason S. Patil*
JASON S. PATIL, Trial Attorney
Illinois Bar # 6257166
United States Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: 202.598.1102
Email: jason.s.patil@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, this document was filed through the CM/ECF system, which will send an electronic notice of filing to all registered participants. I further certify that on March 30, 2026, a copy of the foregoing was served upon the following non-ECF participant by electronic mail: Isaac D. Narvaez Gomez, PO Box 1062, Columbia SC 29201

/s/ *Jason S. Patil*
JASON S. PATIL

2