**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-13946-JEK |

**DEFENDANTS' STATUS REPORT AND RESPONSE**

Defendants submit this status report and response to Plaintiffs' Third Notice of Supplemental Authority regarding, *John Doe v. United States Citizenship and Immigration Services*, No. 26 C 2389 (N.D. Ill. March 26, 2026). Dkt. 68.

First, Defendants update the Court that on March 30, 2026, USCIS published on its website, an "Update on USCIS' Strengthened Screening and Vetting," which provides updated information from the agency related to the internal review process for lifting adjudication holds, enhanced screening and vetting, country-specific risk analysis, enhanced vetting plan development, and interview guidance for adjudicators.[1]

Second, in response to Plaintiffs' Notice, Dkt. 68, Defendants assert that *John Doe*, 25-C-2389 (N.D. Ill.), is distinguishable from the instant case for the same reasons set forth in Defendants' previous response, Dkt. 57. In *John Doe*, the court failed to consider all of USCIS's actions since its Policy Memoranda PM-602-0192 and PM-602-0194 were released, and failed to

---

[1] https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting

consider the Declaration of Andrew Good, Chief of USCIS Office of Policy and Strategy, Mar. 3, 2026 (the "Good Declaration"), Dkt. 49-1. Further, the court in *John Doe* failed to consider the recent adjudication holds that were lifted on Form I-130 petitions filed by U.S. citizens on behalf of some of the Plaintiffs in this case, as stated in Defendants' Notice Regarding Adjudication Hold Lift on U.S. Citizen Filed Forms I-130, Dkt. 61, Ex. 1 & 2. Moreover, because USCIS published its recent update on March 30, 2026, the court in *John Doe* could not consider the updated information provided by the agency on adjudication holds, and enhanced screening and vetting.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Assistant Director

By: */s/ Bronwyn Nayci*
United States Department of Justice
Civil Division
Office of Immigration Litigation
450 Fifth Street N.W.
Washington, DC 20044
Tel: (202) 598-6429
Email: bronwyn.h.nayci@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: */s/ Bronwyn Nayci*
BRONWYN NAYCI
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

3