From: **USCIS Media** <USCISMedia@uscis.dhs.gov>
Date: Tue, Mar 31, 2026 at 5:28 PM
Subject: Re: Clarification on Iranian OPT Applications Under Presidential Proclamation
To: ██████████████████████████████████████>, USCIS Media <media@uscis.dhs.gov>

████████ - We can provide the following for your reporting

**Statement Attributable to USCIS Spokesman Matthew J. Tragesser:**
"Optional Practical Training (OPT) applications for Iranian nationals are banned and will not be processed, in accordance with Presidential Proclamation 10998 which restricts entry and visa issuance for nationals of certain countries.

"The Trump administration is reviewing every immigration benefit to protect American jobs by ensuring foreign nationals do not displace American STEM graduates. The Optional Practical Training program has become a pathway for foreign students to secure long-term employment in the U.S., undermining qualified American workers and depressing wages. Stopping this abuse is essential to ensure opportunities for American STEM graduates.

"Additionally, we will continue to pause decisions on immigration applications for aliens from high-risk countries, including Iran. Moreover, re-reviews of cases from high-risk countries that were approved under the Biden administration are ongoing, and USCIS has already found cases of fraud since the pause went into effect."

**On Background**
- Although OPT is not a visa application and is tied to F-1 status, it is subject to the same country-specific restrictions and enforcement.

**Office of Public Affairs**
External Affairs Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security