**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

AKMURAT O. DOE,  et al,

   Plaintiffs,

v.

                             Case No.   1:25-cv-13946-JEK

DONALD J. TRUMP, et al.,

   Defendants.

**PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court of two recent developments bearing on their pending motion for a preliminary injunction. More than 126 days have now elapsed since the challenged policies took effect, and Plaintiffs continue to experience the harms described in their preliminary injunction briefing.

First, in another case filed within this district on March 20, 2026 challenging the legality of USCIS Policy Memoranda 602-0192 and -0194, Judge Allison D. Burroughs entered the following order on April 6, 2026:

> **ELECTRONIC ORDER entered. As discussed at the April 1, 2026, hearing, the Court is prepared to temporarily stay application of the December 2, 2025, and January 1, 2026, USCIS Policy Memoranda (PM-602-0192 and PM-602-0194) to Plaintiffs' immigration benefits applications pending further briefing on Plaintiffs' motion for a temporary restraining order. Plaintiffs have, however, moved to proceed pseudonymously, [ECF No. 3 ], and the proposed order that they have submitted with the motion for a temporary restraining order does not name them, [ECF No. 15-2]. Without information about Plaintiffs' identities, the Court cannot enjoin Defendants from applying the USCIS Policy Memoranda to them. Accordingly, the parties are ordered to confer and submit a proposed order administratively staying application of the USCIS Policy Memoranda to Plaintiffs by Friday, April 10, 2026.(CAM) (Entered: 04/06/2026)**

*Doe v. Trump*, 1:26-cv-11382-ADB.  This is the fourth federal district court to take action against the policy memoranda.

Second, Plaintiffs also notify the Court of the following post, made on April 4, 2026, by Defendant Donald J. Trump on his Truth Social account. The official White House Twitter account issued

an identical post. Plaintiffs submit these posts as relevant to the pending motion and to the question of whether the challenged policies reflect a legitimate interim measure or a broader intent to obstruct the adjudication of immigration benefits.



"If you import The Third World, you become The Third World!" — AND THAT'S NOT GOING TO HAPPEN TO THE UNITED STATES OF AMERICA AS LONG AS I AM PRESIDENT. President DONALD J. TRUMP

 

"'If you import The Third World, you become The Third World!'— AND THAT'S NOT GOING TO HAPPEN TO THE UNITED STATES OF AMERICA AS LONG AS I AM PRESIDENT." – President DONALD J. TRUMP 🇺🇸

2:10 PM · Apr 4, 2026 · **3.3M** Views

RESPECTFULLY SUBMITTED
April 7, 2026

*/s/ Stefanie Fisher-Pinkert*
Stefanie Fisher-Pinkert
BBO#676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com
ATTORNEY FOR PLAINTIFFS

*/s/ James O. Hacking, III*
James O. Hacking, III
MO Bar # 46728
*Admitted Pro Hac Vice*

Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

*/s/ James O. Hacking, III*
James O. Hacking, III