FILED
2026 APR 13  PM 2: 05

**ISAAC D. NARVAEZ GOMEZ**
1601 Assembly St. # 1062
Columbia, SC 29201
(803) 530-8212
ngomezisaac@gmail.com

April 13, 2026

**Office of the Clerk**
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:** *Akmurat O. Doe, et al. v. Donald J. Trump, et al.*, Case No. 1:25-cv-13946-JEK
Submission of Intervenor's Notice of Intervening Development

Dear Clerk of Court:

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), please find enclosed for filing and docketing in the above-captioned matter the following document submitted by Proposed Plaintiff-Intervenor Isaac D. Narvaez Gomez, a pro se litigant whose application for Electronic Case Filing (ECF) access under Local Rule 5.4 remains pending:

**DOCUMENT ENCLOSED:**

    1. **Intervenor's Notice of Intervening Development**, submitted in connection with the pending Motion to Intervene [Dkt. 53] and Defendants' Motion for Consolidation [Dkt. 73].

Intervenor respectfully requests that the Clerk docket the enclosed document in the existing case before the Honorable Julia E. Kobick, United States District Judge, and assign it the next available ECF entry in Case No. 1:25-cv-13946-JEK.

**SERVICE:**

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), upon docketing of the foregoing, this document will be served upon all counsel of record in this action via the Court's CM/ECF system and upon counsel for the plaintiffs in *Doe v. Trump*, No. 1:26-cv-11382-ADB, by electronic mail:

- James O. Hacking, III, Hacking Immigration Law, LLC, 10121 Manchester Rd., Ste. A, St. Louis, MO 63122 *(Counsel for Existing Plaintiffs)*

- Eve A. Piemonte, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 *(Counsel for Defendants)*
- Counsel for Plaintiffs in *Doe v. Trump,* No. 1:26-cv-11382-ADB *(Related Action)*

Should you have any questions or require additional copies of any document, please do not hesitate to contact me directly at (803) 530-8212 or ngomezisaac@gmail.com.

Respectfully submitted,

/s/ Isaac D. Narvaez Gomez
**ISAAC D. NARVAEZ GOMEZ**
*Proposed Plaintiff-Intervenor, Pro Se*
1601 Assembly St. # 1062
Columbia, SC 29201
(803) 530-8212
ngomezisaac@gmail.com

**Enclosure (1)**
Intervenor's Notice of Intervening Development