**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

AKMURAT O. DOE,  et al.,

   Plaintiffs,

v.

DONALD J. TRUMP, et al.,

   Defendants.

Case No.   1:25-cv-13946-JEK

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

Plaintiffs respectfully request that the Court schedule a status conference in the above-captioned matter. Oral argument on Plaintiffs' Motion for Preliminary Injunction was held on February 13, 2026, more than nine weeks ago. The motion remains under advisement. Plaintiffs do not make this request to press for a ruling; they recognize the complexity of the issues the Court is considering. Rather, Plaintiffs seek a conference to address case management matters that have arisen during the pendency of the Court's deliberations.

First, Plaintiffs' nearly 200 named plaintiffs continue to experience ongoing and compounding harm from the adjudicative holds imposed by the challenged policy memoranda. Several plaintiffs have had naturalization oath ceremonies approved and then canceled. Numerous others have had employment authorization documents expire during the pendency of this litigation, affecting their ability to work and support their families. The passage of time deepens these injuries.

Second, developments since the February 13 hearing bear on the Court's consideration of this case. The 90-day period referenced in Policy Memorandum PM-602-0192 for the development of comprehensive operational guidance has long since expired. To Plaintiffs' knowledge, no such guidance has been issued. The Government's representations at the hearing regarding the interim nature of the challenged memoranda were central to the parties' arguments, and the continued absence of the promised guidance is a material factual development.

Third, the Defendants have answered the Amended Complaint and the case is now at issue. No scheduling order has been entered and no pretrial deadlines have been set. Regardless of the outcome of the pending motion for preliminary injunction, the parties would benefit from the Court's guidance on a case management schedule, including deadlines for any amended pleadings and discovery.

A brief conference would allow the parties and the Court to address these matters and any other case management issues the Court deems appropriate. Pursuant to this District's scheduling order procedures, Plaintiffs provided notice of this request to Defendants' counsel prior to filing.

**RESPECTFULLY SUBMITTED**
April 20, 2026

Stefanie Fisher-Pinkert
BBO#676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

*/s/ James O. Hacking, III*
James O. Hacking, III
MO Bar # 46728
*Admitted Pro Hac Vice*
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

*/s/ James O. Hacking, III*
James O. Hacking, III