AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| DOE et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-13946-JEK |
| TRUMP et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS                                                                                               .

Date:     04/24/2026

/s/Victoria Turcios
*Attorney's signature*

Victoria Turcios (Maryland Bar 1912180181)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

Victoria.E.Turcios2@usdoj.gov
*E-mail address*

(202) 451-7661
*Telephone number*

(202) 305-7000
*FAX number*