**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al., | |
| *Plaintiffs,* | Civil Action No.: 1:25-cv-13946-JEK |
| v. | CONSOLIDATED WITH: |
| DONALD J. TRUMP, et al., | *Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK |
| *Defendants.* | |

**JOINT STATUS REPORT**

Plaintiff AKMURAT O. DOE, et al. ("Plaintiffs") and Defendants hereby provide this Joint Status Report in response to the Court's Orders, dated April 30, 2026 (ECF No. 82) and May 1, 2026 (ECF No. 83). The parties have met and conferred and state as follows:

1. On April 30, 2026, this Court granted in part and denied in part Plaintiffs' motion for preliminary injunction. *AKMURAT O. DOE, et al. v Trump, et al.* ("Doe v. Trump I") (Civil Action No. 25-cv-13946-JEK). ECF No. 83. The Court enjoined defendants from enforcing the adjudicative hold policy, set forth in PM 602-0192 and PM 602-0194, to the pending benefit applications of the 22 plaintiffs who filed declarations demonstrating irreparable harm, and thus may be covered by this Court's injunctive order. *See id.* at 42–43.

2. Additionally, the Court ordered the parties to confer regarding whether this Order should likewise apply to the plaintiffs who had not filed declarations with the Court. *Id.* at 43.

3. On May 1, 2026, this case was consolidated with *Doe et al v. Trump, et al.* ("Doe v. Trump II") (Civil Action No. 1:26-cv-11382-ADB). ECF No. 83. The Court ordered the parties to similarly confer (1) regarding extension of the *Doe v. Trump* I preliminary

1

injunction order to the plaintiffs in *Doe v. Trump* II, and (2) whether any party requests a hearing on the pending motions in *Doe v. Trump* II. *Id.*

4. Defendants have reviewed the unfiled declarations of the remaining one hundred and sixty-seven (167) plaintiffs in the original *Doe v. Trump* I matter.

5. Based upon Defendants' review of both the unfiled declarations and this Court's preliminary injunction order, Defendants do not oppose the Court extending the *Doe v. Trump* I preliminary injunction (ECF No. 82) order to the remaining Plaintiffs in *Doe v. Trump* I.

6. Additionally, Defendants have reviewed the filed declarations of the 99 plaintiffs filed with the Complaint in *Doe v. Trump* II.  Based upon Defendants' review of the Plaintiffs' declarations and this Court's preliminary injunction order in *Doe v. Trump* I, Defendants do not oppose the Court extending the existing preliminary injunction order in *Doe v. Trump* I to the additional ninety-nine (99) plaintiffs in the consolidated *Doe v. Trump* II.

7. The parties do not request a hearing on the pending motions in *Doe v. Trump* II.

8. Defendants do not concede any arguments previously asserted in their opposition to the Plaintiffs' motion for preliminary injunction. However, as the Court has rejected Defendants' arguments in their opposition to Plaintiffs' Emergency Motion for Preliminary Injunction and such related filings, *see* ECF Nos. 23, 57, Defendants preserve and incorporate by reference their objections articulated in those filings and, also note that Defendants reserve the right to seek appeal of the Court's grant of Plaintiffs' Emergency Motion for Preliminary Injunction.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

**/s/ James O. Hacking, III**
JAMES O. HACKING, III
MO Bar # 46728
*Admitted Pro Hac Vice*
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

CARA ALSTERBERG
Senior Litigation Counsel

VICTORIA TURCIOS
Trial Attorney

**/s/ Bronwyn Nayci**
BRONWYN H. NAYCI
United States Department of Justice
Civil Division
Office of Immigration Litigation
450 Fifth Street N.W.
Washington, DC 20044
Tel: (202) 598-6429
Email: bronwyn.h.nayci@usdoj.gov

**/s/ Carl Hurvich (BBO # 698179)**
Brooks Law Firm
10 High Street, Suite 3
Medford, MA  02155
617-245-8090
Carl@brookslawfirm.com

**/s/ LaToya N. McBean Pompy**
NY Bar # 6153985
McBean Law, PLLC
235 Mamaroneck Ave, Sute 202
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

**/s/ Dana M. Camilleri**
Virginia Bar # 76568
McBean Law, PLLC
235 Mamaroneck Ave, Sute 202
White Plains, NY 10605
914-898-9488
D.Camilleri@mcbeanlaw.com

By:     **/s/ Eve A. Piemonte**
          Eve A. Piemonte
          Assistant United States Attorney
          United States Attorney's Office
          John J. Moakley U.S. Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA  02210
          (617) 748-3369
          Eve.Piemonte@usdoj.gov

**ATTORNEYS FOR PLAINTIFFS**

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Bronwyn Nayci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 7, 2026

/s/ Bronwyn Nayci
BRONWYN H. NAYCI

4