| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 1 | Akmurat O. Doe | 29 | 83 |
| 2 | Mohamed M. Doe | 35 | 71 |
| 3 | Sawsan M. Doe | 36 | 71 |
| 4 | Arash E. Doe | 37 | 71 |
| 5 | Khalida N. Doe | 45 | 71 |
| 6 | Htoo A. Doe | 49 | Not in |
| 7 | Thin S. Doe | 50 | Not in |
| 8 | Inimfon J. Doe | 57 | 71 |
| 9 | Seyed M. R. Doe | 59 | 71 |
| 10 | Hamza A. Doe | 62 | 71 |
| 11 | Marwa G. Doe | 63 | 71 |
| 12 | Mattathie G. Doe | 66 | 71 |
| 13 | Alain B. Doe | 67 | 71 |
| 14 | Shelmira M. Doe | 73 | 71 |
| 15 | Jose H. Doe | 75 | 71 |
| 16 | Emile S. Doe | 150 | 71 |
| 17 | Anwaar A. Doe | 178 | 71 |
| 18 | Isis M. Doe | 212 | 71 |
| 19 | Kwadzovi A. Doe | 71 | 71 |
| 20 | Sol R. Doe | 216 | 71 |
| 21 | S. Ferdows A. Doe | 30 | 73 |
| 22 | Alireza N. Doe | 39 | 75 |
| 23 | Pedram R. Doe | 46 | 73 |
| 24 | Seyedali M. Doe | 53 | 75 |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 25 | Amin S. Doe | 55 | 77 |
| 26 | Farzad Z. Doe | 60 | 73 |
| 27 | Mina R. Doe | 61 | 73 |
| 28 | Anas G. Doe | 64 | 75 |
| 29 | Asawer H. Doe | 65 | 75 |
| 30 | Muhammed E. Doe | 68 | 73 |
| 31 | Iman N. Doe | 69 | 73 |
| 32 | Pegah S. Doe | 70 | 73 |
| 33 | Ali R. Doe | 74 | 77 |
| 34 | Mohammadamin M. Doe | 76 | 73 |
| 35 | Shirin A. Doe | 77 | 73 |
| 36 | Alexander H. Doe | 78 | 71 |
| 37 | Arash R. Doe | 80 | 73 |
| 38 | Mohammad J.L. Doe | 83 | 75 |
| 39 | Reihaneh D. Doe | 84 | 75 |
| 40 | Iman M. Doe | 85 | 81 |
| 41 | Esmaeil M. Doe | 86 | 75 |
| 42 | Gisoo D. Doe | 87 | 77 |
| 43 | Faranak K. Doe | 88 | 73 |
| 44 | Astrid I. Doe | 90 | 73 |
| 45 | Behnam T. Doe | 91 | 75 |
| 46 | Payman P. Doe | 92 | 73 |
| 47 | Khatereh S. Doe | 93 | 75 |
| 48 | Marjan A. Doe | 94 | 87 |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 49 | Hamed S. Doe | 95 | 73 |
| 50 | Minoo M. Doe | 96 | 77 |
| 51 | Aliakbar Y. Doe | 97 | 73 |
| 52 | Seyedhossein H. Doe | 98 | 75 |
| 53 | Noushin A. Doe | 99 | 75 |
| 54 | Alireza A. Doe | 100 | 77 |
| 55 | Mohammad M. Doe | 101 | 73 |
| 56 | Fahimeh S. Doe | 102 | 75 |
| 57 | S. Nooshan Doe | 103 | 73 |
| 58 | Sobhan Z. Doe | 104 | 75 |
| 59 | Zhina R. Doe | 105 | 87 |
| 60 | Shahab Z. Doe | 106 | 73 |
| 61 | Hoseyn A. Doe | 107 | 73 |
| 62 | Sima M. Doe | 108 | 73 |
| 63 | Khazar D. Doe | 109 | 73 |
| 64 | Hamid H. Doe | 110 | 75 |
| 65 | Hamid S. Doe | 111 | 73 |
| 66 | Soheyla S. Doe | 112 | 73 |
| 67 | Hasti H. Doe | 113 | 83 |
| 68 | S. Mojtaba Doe | 114 | 75 |
| 69 | Melika B. Doe | 115 | 75 |
| 70 | Dina M. Doe | 118 | 73 |
| 71 | S. Alireza Doe | 119 | 73 |
| 72 | Navid H. Doe | 120 | 73 |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 73 | Milad H. Doe | 121 | 73 |
| 74 | Parisa M. Doe | 122 | 73 |
| 75 | S. Rahman S. Doe | 123 | 73 |
| 76 | Mohammadreza G. Doe | 124 | 73 |
| 77 | Misagh E. Doe | 126 | 73 |
| 78 | Samad A. Doe | 128 | 73 |
| 79 | Kasra S. Doe | 130 | 75 |
| 80 | S. Mahmoud M. Doe | 131 | 75 |
| 81 | Mahsa P. Doe | 132 | 75 |
| 82 | Marjan D. Doe | 133 | 77 |
| 83 | Saman Z. Doe | 134 | 73 |
| 84 | Mahnaz V. Doe | 135 | 73 |
| 85 | Milad M. Doe | 138 | 75 |
| 86 | Masoumeh N. Doe | 139 | 75 |
| 87 | Nooshin Z. Doe | 140 | 77 |
| 88 | Seyedsajad M. Doe | 141 | 77 |
| 89 | Amirsalar B. Doe | 142 | 77 |
| 90 | Abbas K. Doe | 143 | 73 |
| 91 | Fatemeh V. Doe | 143 | 73 |
| 92 | Mehdi A. Doe | 145 | 73 |
| 93 | Reihaneh Z. Doe | 146 | 75 |
| 94 | Faezeh E. Doe | 147 | 73 |
| 95 | Saeed B. Doe | 148 | 77 |
| 96 | Ali A. Doe | 149 | 75 |
| | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 97 | Arian E. Doe | 151 | 77 |
| 98 | SeyedMahbod B. Doe | 152 | 75 |
| 99 | Mohammad M.Z. Doe | 153 | 73 |
| 100 | Shaghayegh V. Doe | 154 | 77 |
| 101 | Shiva G. Doe | 155 | 75 |
| 102 | Yasaman E. Doe | 156 | 77 |
| 103 | Aidasadat M.T. Doe | 157 | 81 |
| 104 | Ehsan S. Doe | 158 | 81 |
| 105 | Mohammedmehdi A. Doe | 159 | 87 |
| 106 | Behrouz E. Doe | 160 | 87 |
| 107 | Sahar E. Doe | 161 | 73 |
| 108 | Hamidreza H. Doe | 162 | 75 |
| 109 | Sara M. Doe | 163 | 75 |
| 110 | Fazlollah M. Doe | 164 | 81 |
| 111 | S. Masoumeh Doe | 165 | 75 |
| 112 | Seyedmostafa Z. Doe | 166 | 73 |
| 113 | Mohammad K. Doe | 168 | 77 |
| 114 | Fatemeh F. Doe | 169 | 75 |
| 115 | Mahmood T. Doe | 170 | 73 |
| 116 | Emad S. Doe | 177 | 77 |
| 117 | Mahdi G. Doe | 180 | 73 |
| 118 | Fatemehsadat T. Doe | 181 | 73 |
| 119 | Sara L. Doe | 182 | 73 |
| 120 | Mitra B. Doe | 183 | 77 |
| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 121 | Seyedheydar M. Doe | 184 | 75 |
| 122 | Fatemeh M.H. Doe | 184 | 75 |
| 123 | Sina L. Doe | 185 | 77 |
| 124 | Amirhossein H. Doe | 186 | 75 |
| 125 | Farnaz N. Doe | 187 | 75 |
| 126 | Nima A. Doe | 188 | 73 |
| 127 | Farzad V. Doe | 189 | 77 |
| 128 | Mohammad H. Doe | 190 | 73 |
| 129 | Sahar A. Doe | 190 | 73 |
| 130 | Amirhosein R. Doe | 197 | 77 |
| 131 | Fatemeh R. Doe | 198 | 73 |
| 132 | Mehrnoosh E. Doe | 199 | 75 |
| 133 | Shahnaz R. Doe | 213 | 75 |
| 134 | Vahid N. Doe | 214 | 77 |
| 135 | Kamyab V. Doe | 171 | 85 |
| 136 | Hava D. Doe | 172 | 77 |
| 137 | Ramin S. Doe | 173 | 73 |
| 138 | Saharnaz E. Doe | 175 | 73 |
| 139 | Garlyne V. Doe | 48 | 81 |
| 140 | Gladys G. Doe | 51 | 79 |
| 141 | Raidel P. Doe | 32 | 79 |
| 142 | Carlos G. Doe | 33 | 79 |
| 143 | Brayan R. Doe | 34 | 79 |
| 144 | Manuel N. Doe | 43 | 79 |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 145 | Sylvie E. Doe | 44 | 81 |
| 146 | Francys C. Doe | 81 | 81 |
| 147 | Javier Q. Doe | 82 | 81 |
| 148 | Shahnaz S. Doe | 89 | 81 |
| 149 | Amin M. Doe | 116 | 81 |
| 150 | Katiana C. Doe | 117 | 81 |
| 151 | Souraya H. Doe | 125 | 81 |
| 152 | Bahareh S. Doe | 144 | 81 |
| 153 | Nancy C. Doe | 167 | 81 |
| 154 | Thinzar L. Doe | 176 | 81 |
| 155 | Bob P-L. Doe | 174 | 81 |
| 156 | Kyaw T. Doe | 179 | 81 |
| 157 | Marco R. Doe | 191 | 81 |
| 158 | Adolfo P. Doe | 192 | 81 |
| 159 | Patricia P. Doe | 201 | 81 |
| 160 | Amslyne K. Doe | 211 | 81 |
| 161 | Jose M. Doe | 215 | 81 |
| 162 | Jaackcirelys G. Doe | 196 | 81 |
| 163 | Marie J. Doe | 31 | 85 |
| 164 | Haleema L. Doe | 38 | 81 |
| 165 | Mawugnon Z. Doe | 44 | 83 |
| 166 | Raymond K. Doe | 56 | 83 |
| 167 | Munera N. Doe | 42 | 83 |
| 168 | Mostafa M. Doe | 127 | 83 |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 169 | Mohammed A. A. Doe | 129 | 83 |
| 170 | Ye M. Doe | 209 | 83 |
| 171 | Mariya R. Doe | 40 | 85 |
| 172 | Robert C. Doe | 41 | 85 |
| 173 | Aleksei S. Doe | 47 | 85 |
| 174 | Percy I. Doe | 136 | 85 |
| 175 | Larissa G. Doe | 137 | 85 |
| 176 | Aye K. Doe | 193 | 85 |
| 177 | Aung K. Doe | 202 | 85 |
| 178 | Cherry T. Doe | 203 | 85 |
| 179 | Hlaing T. Doe | 204 | 85 |
| 180 | Khant S. Doe | 205 | 85 |
| 181 | Myo A. Doe | 206 | 85 |
| 182 | Saw Z. Doe | 207 | 85 |
| 183 | Wint A. Doe | 208 | 85 |
| 184 | Zaw L. Doe | 210 | 85 |
| 185 | Kyaw Z. Y. Doe | 217 | 85 |
| 186 | Zin H. Doe | 52 | 87 |
| 187 | Aye S. Doe | 58 | 87 |
| 188 | Mya S. Doe | 54 | 81 |
| 189 | Fatema H. Doe | 200 | 87 |
| 190 | Mohammad S.T. Doe | 182 | 73 |
| 191 | Andisheh G. Doe | 195 | 81 |
| 192 | Neda I. Doe | 194 | 73 |
| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |

| # | Doe Alias (Complaint) | Am. Complaint # | 2nd Am. Complaint # |
|---|---|---|---|
| 193 | **Amir B. Doe** | 195 | 75 |
| 194 | *Afshin A. Doe* | *NOT IN AC* | *73* |
| 195 | *Maryam T. Doe* | *NOT IN AC* | *73* |
| 196 | *Mohtaram B. Doe* | *NOT IN AC* | *73* |
| 197 | *Sara F. Doe* | *WAS IN AC* | *89* |
| 198 | *Zahra G. Doe* | *NOT IN AC* | *81* |
| 199 | *Masoumeh B. Doe* | *NOT IN AC* | *73* |
| 200 | *Shekoufeh M. Doe* | *NOT IN AC* | *75* |
| 201 | *Paing Y. Doe* | *79* | *81* |
| 202 | *Saeedeh P. Doe* | *NOT IN AC* | *73* |
| 203 | *Reza K. Doe* | *NOT IN AC* | *75* |