**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al., | |
| *Plaintiffs,* | Civil Action No.: 1:25-cv-13946-JEK |
| v. | CONSOLIDATED WITH: |
| DONALD J. TRUMP, et al., | *Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK |
| *Defendants.* | |

**MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND
DEFENDANTS' DEADLINE TO ANSWER THE COMPLAINT**

The parties, by and through their attorneys, respectfully request that the Court continue the Initial Scheduling Conference and Defendants' deadline to Answer the Complaint in *Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK. This request is not made for the purpose of undue delay, and good cause exists for it as follows.

1. On April 30, 2026, this Court granted in part and denied in part Plaintiffs' motion for preliminary injunction. *Akmurat O. Doe, et al. v Trump, et al.* ("*Doe v. Trump I*") (No. 25-cv-13946-JEK). ECF No. 82. The Court enjoined Defendants from enforcing the adjudicative hold policy, set forth in Policy Memorandum 602-0192 and Policy Memorandum 602-0194, to the pending benefit applications of the 22 plaintiffs who filed declarations demonstrating irreparable harm, and thus may be covered by this Court's injunctive order. *See id.* at 42–43.

2. On May 1, 2026, this case was consolidated with *Doe et al. v. Trump, et al.* ("*Doe v. Trump II*") (No. 1:26-cv-11382-ADB). ECF No. 83.

1

3. The Court ordered the parties to confer on whether the *Doe v. Trump I* injunction should apply to remaining named Plaintiffs with unfiled declarations in *Doe v. Trump I*, and the named Plaintiffs in *Doe v. Trump II*. *See* ECF Nos. 82, 83.

4. On May 7, 2026, the parties filed a Joint Status Report indicating that "based upon Defendants' review of both the unfiled declarations and this Court's preliminary injunction order," Defendants did not oppose the Court extending the *Doe v. Trump I* preliminary injunction (ECF No. 82) order to the remaining Plaintiffs in *Doe v. Trump I*, nor the named Plaintiffs in *Doe v. Trump II*.  *See* ECF No. 86.

5. On May 7, 2026, the Court extended the existing preliminary injunction (ECF No. 82) to all named Plaintiffs in *Doe v. Trump I* and *Doe v. Trump II*. ECF No. 87.

6. On May 7, 2026, the Court also set this matter for a remote Scheduling Conference on June 2, 2026 at 11:00 AM. ECF No. 88.

7. The parties must file a Joint Scheduling Statement or proposed scheduling order by May 26, 2026. ECF No. 88; L.R. 16.1(d).

8. Defendants in *Doe v. Trump I* filed an Answer to the First Amended Complaint (ECF No. 7) on March 6, 2026. ECF No. 52.

9. Defendants' Answer to the Complaint in *Doe v. Trump II* is due on June 1, 2026.

*     *     *

10. On May 22, 2026, Plaintiffs moved the Court for Leave to File a Second Amended Complaint. ECF No. 91. Plaintiffs' proposed Second Amended Complaint, seeks to transform this multi-plaintiff case to a class action and adds an unreasonable delay and unlawful withholding of agency action claim under 5 U.S.C. § 706(1). *See generally* ECF No. 91.

11. Defendants intend to file an Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint. Defendants' Opposition is due on June 5, 2026.

\* \* \*

12. Continuing the Scheduling Conference will conserve judicial and party resources for two reasons. First, the Court's decision on Leave to Amend will dictate the scheduling of this matter (where the Government has already filed an Answer and Certified Administrative Record in *Doe v. Trump I, see* ECF Nos. 52, 78). Second, if the Court grants Plaintiffs leave to amend their complaint for a second time, an enlargement of claims and class-wide allegations may have some bearing on Defendants positions' in the Joint Scheduling Statement (particularly with regard to any settlement considerations).

13. On May 22, 2026, undersigned counsel emailed Plaintiffs' counsel seeking their position on a motion to continue the Initial Scheduling Conference. On May 24, 2026, the parties conferred and Plaintiffs indicated they agreed to this motion.

14. Accordingly, the parties respectfully request that the Court:

   a. reset the parties' deadline to file a Joint Scheduling Statement (or proposed scheduling order);

   b. continue the Initial Scheduling Conference set for June 2, 2026, at 11:00 AM until after the Court rules on Plaintiffs' pending Motion for Leave to File a Second Amended Complaint; and

   c. stay Defendants' deadline to file an Answer to the *Doe v. Trump II* Complaint until 11 days after the Court rules on Plaintiffs' pending Motion for Leave to File a Second Amended Complaint.

//

3

Respectfully submitted,

| | |
|---|---|
| */s/ James O. Hacking* | LEAH B. FOLEY |
| JAMES O. HACKING, III | United States Attorney |
| MO Bar # 46728 | |
| *Admitted Pro Hac Vice* | EVE A. PIEMONTE |
| Hacking Immigration Law, LLC | Assistant United States Attorney |
| 10121 Manchester Road, Suite A | United States Attorney's Office |
| St. Louis, MO 63122 | |
| (O) 314.961.8200 | BRETT A. SHUMATE |
| (F) 314.961.8201 | Assistant Attorney General |
| (E) jim@hackingimmigrationlaw.com | Civil Division |

*/s/ Carl Hurvich (BBO # 698179)*
Brooks Law Firm
10 High Street, Suite 3
Medford, MA  02155
617-245-8090
Carl@brookslawfirm.com

*/s/ LaToya N. McBean Pompy*
NY Bar # 6153985
McBean Law, PLLC
235 Mamaroneck Ave, Sute 202
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

*/s/ Dana M. Camilleri*
Virginia Bar # 76568
McBean Law, PLLC
235 Mamaroneck Ave, Sute 202
White Plains, NY 10605
914-898-9488
D.Camilleri@mcbeanlaw.com

**ATTORNEYS FOR PLAINTIFFS**

ANTHONY P. NICASTRO
Acting Director

CARA ALSTERBERG
Assistant Director

BRONWYN NAYCI
Trial Attorney

*/s/ Victoria Turcios*
VICTORIA TURCIOS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

4

## CERTIFICATE OF SERVICE

I, Victoria Turcios, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 26, 2026

*/s/ Victoria Turcios*
VICTORIA TURCIOS

5