**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al., | |
| *Plaintiffs,* | Civil Action No.: 1:25-cv-13946-JEK |
| v. | CONSOLIDATED WITH: |
| DONALD J. TRUMP, et al., | *Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK |
| *Defendants.* | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Motion to Continue Initial Scheduling Conference and Defendants' Deadline to Answer the Complaint, it is hereby:

ORDERED that the motion be GRANTED and the Parties' deadline to file a Joint Scheduling Statement (or proposed scheduling order) is RESET;

IT IS FURTHER ORDERED that the Initial Scheduling Conference set for June 2, 2026, at 11:00 AM is STIRCKEN until the Court issues a decision on the Plaintiffs' pending Motion for Leave to File a Second Amended Complaint (ECF No. 91). The Court will reschedule the Initial Scheduling Conference at its convenience by further order at a later date.

IT IS FURTHER ORDERED that the Defendants' deadline to file an Answer to the Complaint in *Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK is stayed until eleven (11) days after the Court issues a decision on the Plaintiffs' pending Motion for Leave to File a Second Amended Complaint (ECF No. 91).

//

1

**IT IS SO ORDERED:**


Dated: _____          _____
                                                HON. JULIA E. KOBICK
                                                United States District Judge