1. I, Amirhossein H. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on October 3, 2025.

3. On 05/27/2026, I contacted USCIS by online chat. The contact took place at approximately 1:55 PM EST.

4. I chatted with a USCIS representative identified as Jessica (agent ID # G006554). I asked whether there is still a hold or pause on my case due to my country of birth.

5. The representative told me: "Yes the hold has to do with your country of birth. USCIS has not released any new information on the hold, it is still as is until further notice."

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case and whether this can be routed through a Tier 2 officer.  The representative responded: "USCIS has not provided new information on the hold regarding if the hold is going to be lifted. You just have to wait." And ended the chat.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application remain showing  'Case Is Being Actively Reviewed' on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/27/2026

Signature:

Printed alias: Amirhossein H. Doe







## DECLARATION OF Raidel P. DOE
## IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Raidel P. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status under the Cuban Adjustment Act, filed with USCIS on September 15, 2023

3. On 05/27/2026, I contacted USCIS by online chat. The contact took place at approximately 09:41 AM.

4. I spoke with / chatted with a USCIS representative identified as Jessica H Agent ID G-010634. I asked whether there was a hold or pause on my case.

5. The representative told me: The representative told me that there is a hold on my case and that I would get a decision once the hold is lifted. I asked if it had anything to do with my nationality, and the representative said they could see that my country of birth is Cuba.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: that they had no information showing that the hold had been lifted from my case and referred me to USCIS online updates for more information.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. On 05/22/2026, I again contacted USCIS and was told: On May 22, 2026, I attended my scheduled appointment with ICE, where I have been required to report regularly every year. During that appointment, the officer told me that because my immigration case had been taking too long, they were planning to place me back into immigration court and start removal proceedings again. This was very upsetting and confusing to me because my immigration judge had already dismissed my case in 2023. I was also told that I now have to report again on August 20, 2026.

I explained this situation when I contacted USCIS because I was very worried and trying to understand what was happening with my case. I told them that I have never committed any crimes, I have no criminal history, and I have always followed the rules and complied with everything required of me. I told them that I feel like I am being treated like a criminal even though I have done everything correctly, and I am scared and frustrated because I do not understand why this is happening.

The USCIS representative told me they did not have any answers or additional information about my case. They did not give me any explanation or guidance, and the call ended without answering my concerns. A record of that contact is attached as Exhibit B.

9. As of the date of this declaration, my application(s) remain As of the date of this declaration, my application still has not moved forward. The USCIS website currently shows: "Correspondence Was Received And USCIS Is Reviewing It" since April 8, 2025. I have not received any approval or meaningful update, and my case still appears to remain pending. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____05/27/2026_____

Signature: _____Rdcle P_____

Printed Name (alias only): **Raidel P.** Doe



















**DECLARATION OF Behrouz E. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Behrouz E. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include STEM OPT Extension filed on 08/06/2025.

3. On 05/27/2026, I contacted USCIS by online chat. The contact took place at approximately 12:15 pm.

4. I chatted with a USCIS representative identified as "Ashley I". I asked whether there was a hold or pause on my case.

5. The representative told me: "there is a hold on your case because of your country of birth".

6. I wanted to inform the representative that a federal court had issued an order requiring USCIS to lift the hold on my case but they closed the chat.

7. Attached to this declaration as Exhibit A is a true and accurate chat screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application remains "pending with no movement". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: _05/27/2026_____


Signature: _____
Printed Name (alias only): Behrouz E. Doe

## Ashley I ⌄

I want to know if my case is on hold for adjudication or not

Sent • 12:08 PM



Ok let me check.

Ashley I • 12:08 PM

thanks

Sent • 12:08 PM

Your welcome !

Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

Once a case is received and entered into the system, it remains under continuous review by USCIS officers. While your case may not be worked on daily due to overall caseloads, it remains in the processing queue.

Type your message...

## Ashley I    ⌄

updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

Once a case is received and entered into the system, it remains under continuous review by USCIS officers. While your case may not be worked on daily due to overall caseloads, it remains in the processing queue.



Ashley I • 12:09 PM

Right, but it has passed so long the normal processing time, I wanted to check if it is on an specific hold due my home country

Sent • 12:11 PM

Yes, there is a hold on this case currently. I do not know when it will be removed. Just keep asking, and we will let you know once it its removed.

Thank you contacting the USCIS contact center, please enjoy your day !



Ashley I • 12:13 PM

Type your message...

# DECLARATION OF SOBHAN Z. DOE
## IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Sobhan Z. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending applications before USCIS include: an I-485 Application for Adjustment of Status and an I-765 Application for Employment Authorization, both filed on October 15, 2025.

3. On May 20, 2026, I contacted USCIS by online chat. The contact took place at approximately 1:30 p.m. EDT.

4. I chatted with a USCIS representative identified as Jennifer H. I asked whether there was a hold or pause on my case.

5. The representative told me: "Yes there is a hold on your case due to restricted countries ban".

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: "We do not have any updated information on the ban being removed at this time".

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my applications remain in "Case Is Still Being Processed By USCIS" status on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2026

Sobhan Z. Doe

# Exhibit A

Will you please provide me your first name, last name, date of birth and mailing address?

May I have your phone number and e-mail just for documentation of the record of this interaction?

Jennifer H • 1:29 PM



> Sobhan
>
> .edu

Sent • 1:29 PM

How may I assist you today?

Jennifer H • 1:30 PM

> I want to know if there is a hold on my case due to the country of my birth

Sent • 1:30 PM

Jennifer H • 1:30 PM

> I want to know if there is a hold on my case due to the country of my birth

Sent • 1:30 PM

Yes there is a hold on your case due to restricted countries ban

Jennifer H • 1:32 PM

> Thank you for your response

> On May 7, a judge ordered USCIS to remove the hold on my immigration case.
> So it is not reflected yet?

Sent • 1:32 PM

We do not have any updated information on the ban being removed at this time.

Jennifer H • 1:34 PM

> ok thank you

Sent • 1:34 PM

**DECLARATION OF JOSE T. DOE
IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE
PRELIMINARY INJUNCTION**

1. I, Jose T Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include an N-400 Application for Naturalization filed on December 16th, 2025.

3. On May 22nd, 2026, I contacted USCIS by online chat at their webpage https://www.uscis.gov/. The contact took place at approximately 5:50pm.

4. I chatted in Spanish with a USCIS representative identified as Araceli, agent ID# G-026386.  I asked for the status of my case and whether there was a hold or pause on my case.

5. The representative told me that my case was still under processing at the USCIS National Benefit Center. Which it is the same status since December when the application was submitted (Exhibit A).

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold/paused on my case. The representative responded: **"The case it is STILL PAUSED, but it is under processing"**. It is the same status since the application was initially submitted on 12/16/2025, paused by the country of my nationality (Venezuela) but still under "processing".

7. Attached to this declaration as Exhibit A, Exhibit B, Exhibit C and Exhibit D are a true and accurate of my communication with USCIS described above.

8. As of the date of this declaration, my application remain under the status of **Case Is Still Being Processed By USCIS**, the same status since December 2025 when the application was submitted. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:_____ May 27th, 2026

Signature: _____

Printed Name (alias only): Jose T. Doe

Exhibit A



Exhibit B



Exhibit C





I, Gisoo D. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

I am a plaintiff in the above-captioned matter. My pending application before USCIS includes an I-140 National Interest Waiver (NIW) petition filed in September 2024.

On May 22, 2026, at approximately 5:44 p.m., I contacted USCIS through the EMMA online chat system and spoke with a live agent.

I chatted with a USCIS representative identified as Ashley I. I asked whether there was a hold or pause on my case.

The representative informed me that there was a hold on my account.

I informed the representative that a federal court had issued an order requiring USCIS to lift the pause on affected cases. The representative responded, "Ok. I can't do anything about that. It's between you, USCIS, and the judge."

Attached to this declaration as Exhibit A is a true and accurate screenshot and chat transcript of my communication with USCIS described above.

As of the date of this declaration, my I-140 petition remains pending with no movement. I have not received any approval or other substantive update since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2026

Signature:

Gisoo D. Doe



**Citizenship** ⌄

**Ashley I**

Sent • 5:42 PM

Ok let me check.

Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

Once a case is received and entered into the system, it remains under continuous review by USCIS officers. While your case may not be worked on daily due to overall caseloads, it remains in the processing queue.

At this time, your case is actively processing . There are no outstanding requests or additional information required from you at this stage. Your case is undergoing the necessary internal processing and background checks that must be completed prior to a ↓ decision.

Type your message...



USCIS officers. While your case may not be worked on daily due to overall caseloads, it remains in the processing queue.

At this time, your case is actively processing . There are no outstanding requests or additional information required from you at this stage. Your case is undergoing the necessary internal processing and background checks that must be completed prior to a final decision.

Thank you contacting the USCIS contact center, please enjoy your day !

Ashley I • 5:44 PM

I want to if there is any hold on my application

Sent • 5:44 PM

Yes there is .

Ashley I • 5:46 PM

but i have a judge order to lift the hold for my case

Sent • 5:47 PM

Type your message...



**DECLARATION OF Shaghayegh V. DOE**

IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

I, Shaghayegh V. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

I am a plaintiff in the above-captioned matter. My pending application with USCIS is I-765 Application for Employment Authorization for STEM OPT extension filed on October 20, 2025.

On May 20, 2026, I contacted USCIS by online chat about this application. The contact took place at approximately 10:16 AM.

I chatted with a USCIS representative identified as Jessica H. I asked her why my case had been pending adjudication for several months.

The representative told me: "Your case is on hold before a decision due to your home country being restricted."

I informed the representative that a court had issued an order requiring USCIS to lift the hold on my case. The representative responded: " Please refer to our policy manual on our USCIS site as this is a requirement. We cannot process your case further until the hold is lifted."

Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

As of the date of this declaration, my application remains "pending with no movement". I have not received any request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I will lose my job on July12, 2026 and my lawful status in US will be in jeopardy if USCIS doesn't adjudicate my case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2026

Signature:

Shaghayegh V. Doe

10:17

An official website of the United States government    Español

⋮    Jessica H    ⌄

Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

Jessica H • 10:15 AM

But has been pending adjudication for months.. is there a reason why it hasn't been adjudicated so far?

Sent • 10:16 AM

Your service number ~~███████████~~A filed on 03/06/2026 has not been responded to yet at this time. Your case is on hold before a decision due to your home country being restricted.

Jessica H • 10:17 AM

Type your message...

Get information

10:19


An official website of the United States government

Español

**Jessica H**

Sent • 10:16 AM

Your service number ~~[redacted]~~A filed on 03/06/2026 has not been responded to yet at this time. Your case is on hold before a decision due to your home country being restricted.

You can learn more about the process online.



Update on USCIS' Strengthened Screening and Vetting | USCIS
uscis.gov

Type your message...

Get information

**10:21**



An official website of the United States government                              Español

 **Chat**                                         ⌄  ✕

Due to this policy and procedure we are unable to complete your case until the hold is lifted. You will need to keep waiting. I do apologize.

Jessica H • 10:18 AM

There is no notice showing a court order that lifts the pause on my case. Cause I have irreparable harm and judge ordered to lift the pause on my case because of that….

Sent • 10:19 AM

Please refer to our policy manual on our USCIS site as this is a requirement. We cannot process your case further until the hold is lifted. I do apologize.

Thank you for contacting the USCIS Contact Center ↓ by the rest of your day!

Start a new chat...

Get information

← → + 26 •••

1. I, S. Alireza Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include:  an I-485 Application for Adjustment of Status filed on 10/08/2026 and I-765 filed on 10/08/2026.

3. On May 27, 2026 I contacted USCIS by online chat. The contact took place at approximately 11:00 am

4. I spoke with / chatted with a USCIS representative identified as Haylee P/ agent ID:G 712166. I asked whether there was a hold or pause on my case.

5. The representative told me: Your case is currently pending adjudication. We do not have any information regarding court cases. Information about court cases hasn't been pushed trough USCIS yet.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: We do not have any information regarding court cases. Information about court cases hasn't been pushed trough USCIS yet.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application(s) remain  Is Being Actively Reviewed' on the USCIS website". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/27/2026

Signature: *S.A*

Printed Name (alias only): S. Alireza Doe

Screen Shots





Screen Shots

cases at this time. For updates, you can check back on our website



Home
uscis.gov

 Haylee P • 11:09 AM

Thanks Haylee

if you don't have any information. can I request for an escalation to a tier 2 officer?

Sent • 11:10 AM

Information regarding this court case hasn't been pushed through to USCIS yet so tier 2 will not have any additional information to provide at this time, either.



**DECLARATION OF ZHINA R. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1.  I, Zhina R. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2.  I am a plaintiff in the above-captioned matter. My pending application before USCIS include: an I-765 (c)(3)(B) Application for work authorization filed on 10/06/2025.

3.  On May 27th, 2026, I contacted USCIS by online chat. The contact took place at approximately 11 minutes.

4.  I chatted with a USCIS representative identified as Cidney S (Agent ID: G-011896). I asked whether there was a hold or pause on my case due to my country of birth.

5.  The representative told me: Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time.

6.  I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: I have provided the only answer/information USCIS allows for chat agents to provide. I have provided you with all of the information that have access to in my system. I have completed the tasks USCIS allows for me to complete as a chat agent. This chat is being recorded by the government. Please read the information I have sent within this chat again.

7.  Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8.  As of the date of this declaration, my application remains pending with no movement and still showing Case Was Changed To A Premium Processing Case since November 17th 2025' on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 05/27/2026

Signature: _____

Printed Name (alias only): Zhina R. Doe



8:07

uscis.gov

Cidney S

Today • 8:07 AM

We're connecting you to an agent. Your estimated wait time is 1 minute. • 8:07 AM

Cidney S joined • 8:07 AM

Thank you for contacting the USCIS Contact Center. My name is Cidney, and my agent ID is G-011896. I will be more than happy to help you.

Type your message...

52



8:17

uscis.gov

Cidney S

Cidney S • 8:10 AM

I wanted to ask regarding my OPT I-765 application on file. It still pending adjudication. Wanted to know if a hold is on my application for adjudication due to my county of birth

Sent • 8:12 AM

Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time. I do not have the authority to make decisions on cases or to state when a decision will be made on a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. If you have not received a notice in the mail from USCIS requesting extra information in order to make a decision on your case or a final decision notice for your case in the mail from USCIS this means that your case is processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with your case. If USCIS needs anything from you or if we make a

Type your message...

52



8:14

uscis.gov

Cidney S

Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time. I do not have the authority to make decisions on cases or to state when a decision will be made on a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. If you have not received a notice in the mail from USCIS requesting extra information in order to make a decision on your case or a final decision notice for your case in the mail from USCIS this means that your case is processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with your case. If USCIS needs anything from you or if we make a decision on the case, we will send a notice to the address on file. If USCIS schedules an appointment for your case, we will send a notice to the address on file. In the meantime, please continue to wait. We appreciate your patience while we review your case.

Thank you but we have a court PI motion

52



8:18

uscis.gov

Cidney S

Cidney S • 8:13 AM

Thank you for the information. we have a court PI motion to lift the hold for pending applications of the plaintiffs in the lawsuit including me. It has been granted on April 30th. I was wondering if this hold has been lifted on my case specifically due to PI motion or still is in place?

Sent • 8:16 AM

I have provided the only answer/information USCIS allows for chat agents to provide. I have provided you with all of the information that I have access to in my system. I have completed the task(s) USCIS allows for me to complete as a chat agent. This chat is being recorded by the government. Please read the information I have sent within this chat again. If you need further explanation or if you have several questions you will need to call our Contact Center at 1-8 0 0-3 7 5-5 2 8 3. Please call the U.S.C.I.S. Contact Center to receive further information. Our toll-free number is 800-375-5283 (TTY 800-767-1833, VRS 877-709-5797) we answer live calls and chats Monday to Friday, 8am to 8pm Eastern.

Type your message...



8:18

uscis.gov

Chat

I have provided the only answer/information USCIS allows for chat agents to provide. I have provided you with all of the information that I have access to in my system. I have completed the task(s) USCIS allows for me to complete as a chat agent. This chat is being recorded by the government. Please read the information I have sent within this chat again. If you need further explanation or if you have several questions you will need to call our Contact Center at 1-8 0 0-3 7 5-5 2 8 3. Please call the U.S.C.I.S. Contact Center to receive further information. Our toll-free number is 800-375-5283 (TTY 800-767-1833, VRS 877-709-5797) we answer live calls and chats Monday to Friday, 8am to 8pm Eastern. If you are outside the U.S, Please, call 212-620-3418. When you call the USCIS contact center you will need to say "Info-pass appointment" or "Reschedule Interview" or "Interview" or "Reschedule Biometrics appointment" or select the "military" option and you will be routed directly to a live customer service representative.

Start a new chat...



8:19

uscis.gov

**Chat**

several questions you will need to call our Contact Center at 1-8 0 0-3 7 5-5 2 8 3. Please call the U.S.C.I.S. Contact Center to receive further information. Our toll-free number is 800-375-5283 (TTY 800-767-1833, VRS 877-709-5797) we answer live calls and chats Monday to Friday, 8am to 8pm Eastern. If you are outside the U.S, Please, call 212-620-3418. When you call the USCIS contact center you will need to say "Info-pass appointment" or "Reschedule Interview" or "Interview" or "Reschedule Biometrics appointment" or select the "military" option and you will be routed directly to a live customer service representative.

Thank you for contacting the USCIS Contact Center, enjoy the rest of your day!

Cidney S • 8:18 AM

This session has been closed and will automatically end in 2 minutes

Cidney S left • 8:18 AM

Agent ended the chat at 8:18 AM

Start a new chat...

52