**DECLARATION OF Kasra S. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Kasra S. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending applications before USCIS include an I-485 Application for Adjustment of Status and an I-765 Application for Employment Authorization, both of which filed on October 3, 2025.

3. On May 20, 2026, I contacted USCIS by online chat twice. The two contacts took place at approximately 10:34 AM and 12:36 PM Pacific Time.

4. In the first contact, I chatted with a USCIS representative identified as Ashley D, agent ID G-026376. I asked whether the adjudicative hold on my case has been lifted.

5. The representative told me that I have recently contacted them and there have been no further changes in my case. After clarifying my question, the agent mentioned that my case is in San Francisco field office and my last case update is January 16, 2026. The session was then closed by the agent even though I tried to further clarify my question.

6. In the second contact, I chatted with a USCIS representative identified as Elizabet M, agent ID G-33168. In this contact, I clearly mentioned that am from one of the 39 countries subject to the adjudicative hold and asked whether the hold has been lifted as a result of the judicial order I received.

7. The representative told me that "Due to the Presidential Proclamation they are conducting additional reviews on your case due to your country of origin.".

8. Attached to this declaration as Exhibit A and Exhibit B are true and accurate screenshots of my two communications with USCIS as described above.

9. As of the date of this declaration, both my applications remain pending with no change or movement in status since November 5, 2025, immediately after my biometric appointment. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026

Signature: _____

Printed Name (alias only): Kasra S. Doe

**Exhibit A**
**Screenshots of Contact with USCIS on May 20, 2026, at 10:36 AM Pacific Time**



(A)

(B)

(C)

(D)

**Exhibit B**
**Screenshots of Contact with USCIS on May 20, 2026, at 12:36 PM Pacific Time**



(A)

(B)

(C)

(D)



(E)

**DECLARATION OF Milad H. DOE IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Milad H. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending applications before USCIS include: an I-485 (Application to Register Permanent Residence or Adjust Status), an I-765 (Application for Employment Authorization), and an I-131 (Application for Travel Documents, Parole Documents, and Arrival/Departure Records), all concurrently received by the USCIS on 05/22/2025.

3. On 05/22/2026, I contacted USCIS by online chat. The contact took place at approximately 9AM.

4. I chatted with a USCIS representative identified as Juelita D. (agent ID G-040197). I asked whether my case was being actively processed in compliance with the court's order.

5. The representative told me that my case is currently pending adjudication.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. When I asked if my case was being actively processed in compliance with the court's order, the representative responded: "No not yet."

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my applications remain pending. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___05/27/2026_____

Signature: _____*Milad H. Doe*_____

Printed Name: Milad H. Doe

**Screenshot 1**



**Screenshot 2**



Screenshot 3



Screenshot 4



Screenshot 5



**DECLARATION OF Mohammad M. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Mohammad M. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status and I-765 Application for Employment Authorization both filed on October 1, 2025.

3. On May 5, 2026, I contacted USCIS by online chat. The contact took place at approximately 12:00 PM.

4. I spoke with / chatted with a USCIS representative identified as Brook N (agent ID G-707731).  I asked whether there was a hold or pause on my case.

5. The representative told me: "I understand you wan to know if your case is on hold. I see your case is from one of the restricted countries. This means your case will be going through extra vetting." When asked if there is any notes or exemption on the file, the agent continued: "We do not call it a hold. It just means it could take longer to process."

6. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application(s) remain 'Case Is Being Actively Reviewed' on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/28/2026
Signature:   *Mohammad M. Doe*
Printed Name (alias only): Mohammad M. Doe

11:56

Thank you for contacting the USCIS Contact Center. My name is Brooke, and my agent ID is G-707731. I will be more than happy to help you.

Hello. Please do not provide any additional information until verification has been completed. Your patience is greatly appreciated! Can you please provide me with your A number or the receipt number you are chatting in regard to today?

Brooke N • 11:54 AM

Hello

Sent • 11:54 AM

Type your message...

• Office Closings

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123

12:01

uscis.gov

Countdown to America's 250th    37    11    50

## Brooke N    ⌄

Brooke N • 11:57 AM

I have two questions. First, I want to know if there is any hold or pause on my case.

Sent • 11:57 AM



I understand you want to know if your case is on hold. I see your case is from one of the restricted countries. This means your case will be going through extra vetting.

Brooke N • 11:59 AM

Thank you So much so does it mean that the adjudication of my case is on hold?

Is there any notes or anything that exempt me from this pause on the case?

Sent • 12:00 PM

We do not call it a hold. It just means it could take longer to process.



No timeframe for those.

Brooke N • 12:00 PM

Type your message...

• Office Closings

            36

**DECLARATION OF SAMAN Z. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1.      I, Saman Z. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2.      I am a plaintiff in the above-captioned matter. My pending application before USCIS is an I-485 Application for Adjustment of Status filed on November 20, 2025.

3.      On May 27, 2026, I contacted USCIS by online chat. The contact took place at approximately 10:35 a.m.

4.      I chatted with a USCIS representative identified as TaQuadra T. I asked whether the hold or pause on my case had been lifted. I also informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case.

5.      The representative told me: "At this time the lift on your case in not updated at this time."

6.      Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

7.      As of the date of this declaration, my application remains pending with no movement. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2026

Signature: _Saman Zare_

Printed Name (alias only): Saman Z. Doe

**Exhibit A:**



**DECLARATION OF Mohammad J. L. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Mohammad J. L. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. My wife, Reihaneh D. Doe, and I are plaintiffs in the above-captioned matter. Our pending applications before USCIS include: I-485 Application for Adjustment of Status filed on October 2, 2025.

3. On May 27, 2026, I contacted USCIS by online chat. The contact took place at approximately 9:40 a.m.

4. I chatted with a USCIS representative identified as Jonathan S with agent ID of G-715790.  I asked whether there was a hold or pause on my case.

5. The representative told me:  "Your case is currently pending adjudication and we cannot provide you with a completion date at this time." They mentioned that my case cannot move forward because of my country of birth.

6. Attached to this declaration as Exhibit A is a true and accurate screenshots of my communication with USCIS described above.

8. I again contacted USCIS and I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. Exactly similar to previous case, the representative responded: "Your case is pending adjudication. We cannot provide you with a completion date at this time." A record of that contact is attached as Exhibit B.

9. As of the date of this declaration, our applications remain pending with no movement. We have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2026

Signature:

Printed Name : Mohammad J. L. Doe

**Exhibit A:**





**Exhibit B:**



DECLARATION OF Alireza N DOE

IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Alireza N Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on June 3rd, 2025.

3. On December 15th, 2025, I contacted USCIS by online chat. The contact took place at approximately 2:40 pm MST.

4. I chatted with a USCIS representative identified as Billy O, with agent ID G-018607. I was informed that there is a hold on my case due to the president's executive order.

5. On May 27th, 2026, I contacted USCIS again by online chat. The contact took place at approximately 8:45 am MST.

6. I chatted with a USCIS representative identified as Victoria G, with agent ID G-602680. I asked whether there was a hold or pause on my case.

7. The representative told me: no additional information has been made available regarding processing or last review of the case at the time. This response was repeated three times. Then online chat was closed before I could inform the representative of a federal court ruling.

8. Attached to this declaration as Exhibit A and Exhibit B is a true and accurate screenshot of my communication with USCIS described above.

9. As of the date of this declaration, my application(s) remain pending with no movement. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _5/27/2026_____

Signature: _Alireza N Doe_____

Printed Name: Alireza N Doe





## DECLARATION OF Mahmood T. DOE
## IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Mahmood T. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include:

- An I-485 application for Adjustment of Status filed on July 25, 2025
- An I-485 application for Adjustment of Status for my dependent Maryam T. **DOE** filed on July 25, 2025
- An I-765 application for Employment Authorization filed on July 25, 2025
- An I-129 Petition for a Nonimmigrant Worker filed on 09/16/2025

3. On May 27. 2026 I contacted USCIS by online chat through USCIS website. The contact took place at approximately 15 minutes.

4. I chatted with a USCIS representative identified as Lasherricka D. I asked whether there was a hold or pause on my case.

5. The representative told me that my case is pending processing and then I asked if there is hold on my case due to my country of birth. The agent stated that " there is hold and that is the reason there is no completion time". The agent confirm this status for both my I-765 and I-485 cases.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded that " As stated case is still on hold.". Confirming there is no new update or instruction for lifting the pause from my case.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.





8. As of the date of this declaration, my application(s) remain paused with no progress, no movement, or decision from USCIS. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2026

Signature: _____

Printed Name (alias only): Mahmood T. Doe

**DECLARATION OF Arash R. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Arash R. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include  I-485 Application for Adjustment of Status and I-765 EAD were both filed on 09/05/2025"

3. On 05/19/2026 , I contacted USCIS by online chat. The contact took place at approximately 19 minutes.

4. I chatted with a USCIS representative identified as Teresa R / ID: G-029369 on 05/19/2026.  I asked whether there was a hold or pause on my case.

5. The representative told me:
On 05/19/2026 they told me they have not been updated from the federal court PI and my case still pause and then in their next phrase said you are not in pause after that I tried to clarify her answer but could not get a clear answer from her but she already finished the chat.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: they have not been updated about that.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. On 05/27/2026, I again chatted with USCIS and that took 5 minutes I chatted with a USCIS representative identified as Antoinette.W and was told: The case is on pause and their record shows currently pending adjudication (final review with an officer) a record of that contact is attached as Exhibit B.

9. As of the date of this declaration, my application(s) remain pending with no movement and still showing "Case Is Still Being Processed By USCIS" on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 05-28-2026
Signature: A Reh
Printed Name (alias only): Arash R. Doe

# Exhibit A









## Exhibit A



**Exhibit B**



**DECLARATION OF Khazar D. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Khazar D. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on October 7, 2025  and  an I-765 Application for Employment Authorization Document on October 7,2025.

3. On May 20,2026, I contacted USCIS by online chat. The contact took place at approximately 2:50 PM.

4. I chatted with a USCIS representative identified as Billy O.  I asked whether there was a hold or pause on my case.

5. The representative told me: my case is paused due to the Presidential Proclamation then.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: The pause can't be lifted. The president has to do that. And they also added: Well the case is still paused. I'm not sure about the lawsuit.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application(s) remain Case is still being processed by USCIS on the website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026. **I also want to mention that I am a physician (Medical doctor) and USCIS keeps saying that the pause has been lifted for medical practitioners.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 27th, 2026

Signature:

Printed Name (alias only): Khazar D. Doe





1. I, Dina M. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on October 8, 2025.

3. On May 27, 2026, I contacted USCIS by online chat. The contact took place at approximately 10:50 AM.

4. I chatted with a USCIS representative identified as Jessica H (agent ID: G-010634). I asked whether there was a hold or pause on my case.

5. The representative told me: My case is on an adjudicative hold for the decision and cannot be processed at this time.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: they said they have no update yet about that, and I will need to seek legal advice, and they ended the chat without responding to the request to escalate to a tier 2 officer, who may have more information regarding it.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application(s) remain "Still Being Processed By USCIS on the USCIS website". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____May 27, 2026_____

Signature: _____ Dina M_____

Printed Name (alias only): Dina M.

Screenshots with the USCIS live agent:



