## DECLARATION OF MOHAMMAD M. Z. DOE
## IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. MOHAMMAD M. Z. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include:

Form I-485, Receipt No.
Form I-765, Receipt No.
Form I-131, Receipt No.

3. On 05.28.2026 , I contacted USCIS via online chat. The contact took place at approximately 9:25 AM.

4. I chatted with a USCIS representative identified as Haley R.  I asked whether there was a hold or pause on my case.

5. The representative told me:  there is a hold on your case because of your country of birth (Iran).

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: there is no update on our end with it being lifted.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot and chat transcript of my communication with USCIS described above.

9. As of the date of this declaration, my applications status remains as follow:

I-485:   December 9, 2025, Interview Was Scheduled

I-765:   July 2, 2025 Case Is Still Being Processed By USCIS

I-131: June 5, 2025 Case Was Received and A Receipt Notice Was Sent

I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ 05. 28. 2026

Signature: _____

Printed Name: **MOHAMMAD M. Z. Doe**

Scanned with
CS CamScanner

Exhibit A

Screenshots:







Transcript of communication:

Today • 9:24 AM

We're connecting you to an agent. Your estimated wait time is 1 minute. • 9:24 AM

Haley R

Haley R joined • 9:24 AM

Thank you for contacting the USCIS Contact Center. My name is Haley, and my agent ID is G-603154. I will be more than happy to help you.

Haley R

Can you please provide your first and last name, date of birth, phone number, email address, and COMPLETE mailing address?

Haley R • 9:24 AM

Hi, Sure, Mohammad ███████████████████████████████████████
███████████████████████████████████

Sent • 9:25 AM

Haley R

How can I help you today?

Haley R • 9:25 AM

its been around a year since I submitted i485 and more than 5 month since I attended the interview on Jan 13, yet I received no update.

Sent • 9:26 AM

Haley R

Since you are contacting us for a case status. There has not been any case updates, since the interview. Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

Haley R • 9:27 AM

is there any hold on my application due to USCIS policy memo published on December and January this year?

I was born in Iran

Sent • 9:28 AM

Haley R

Yes, it is a hold on the process.

Haley R • 9:28 AM

a federal court had issued an order requiring USCIS to lift the hold on my case. is it reflected on my application?

Sent • 9:29 AM

Haley R

There is no updates on our end with it being lifted. I can only advise to check back with us. If that is the case. Once we are updated, with the info, we can explain further.

Haley R • 9:30 AM

got it thanks

Sent • 9:31 AM

Haley R

You're welcome. Thank you for contacting the USCIS Contact Center. Please, enjoy the rest of your day!

Haley R • 9:32 AM

This session has been closed and will automatically end in 2 minutes

Haley R

Haley R left • 9:32 AM

Agent ended the chat at 9:32 AM

**DECLARATION OF SHIVA G. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Shiva G. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on October 3rd, 2025 and I-485 Application for Employment Authorization filed on October 3rd, 2025.

3. On May 27th, 2026, I contacted USCIS by online chat. The contact took place at approximately 9: 18 AM and 10:48 AM EST.

4. I spoke with / chatted with a USCIS representative identified as Erica G.. I asked whether there was a hold or pause on my case.

5. The representative told me that, in fact, she copied and pasted a long, detailed policy script explaining a USCIS Policy Memorandum issued on January 1, 2026. The script outlines an "adjudicative hold" placed on all pending benefit applications filed by individuals from "restricted countries" listed under Presidential Proclamations 10949 and 10998. The policy states that the hold applies based on the applicant's country of birth or citizenship, notes that previously approved requests (such as green cards) may be subject to re-review, and lists dozens of restricted nations spanning from Afghanistan to Zimbabwe. The agent's pasted response concludes by detailing specific case types that are exempt from this hold, such as green card replacements, certain naturalization documents, and select employment authorizations, without explicitly confirming the updated status of my individual case.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: Your case is still pending review and has not yet been decided. She also stated that she is unable to provide an estimated completion date or timeline for when a decision will be made.

7. Attached to this declaration as Exhibit A, B, and C are true and accurate screenshots of my communication with USCIS described above.

8. On May 27th, 2026 at 10:25 AM, I again contacted USCIS and Agent Amber M. provided a generic update stating that my case is currently pending adjudication. I further inquired, explicitly noting that a federal court had recently issued an order requiring USCIS to lift the hold on my case, and asked why the pause remained in place. Agent Amber M. did not address the court order and instead responded with a standard boilerplate script, reiterating that the case is pending adjudication, stating that a completion date cannot be provided, and instructing me to wait for further communication from my field office. A record of this contact is attached as Exhibit B.

9. On May 27th, 2026 at 10:48 AM, I again contacted USCIS and spoke with Agent Ana R., who provided a generic, pre-written response stating that the case is pending adjudication and that no

completion date can be provided. The agent did not address the court-ordered injunction or respond to my concern regarding the court's order. A record of that contact is attached as Exhibit C.

10. As of the date of this declaration, my application(s) remain pending and continue to show "Case Is Being Processed by USCIS. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: _____May 28, 2026_____
Signature:    _____
Printed Name (alias only): Shiva G. Doe

**Exhibit A**





**Exhibit B**











**Exhibit C**





**DECLARATION OF FATEMEHSADAT T. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Fatemehsadat T. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I765 premium initial OPT Application for Employment Authorization filed on Nov. 10, 2025, an I129 H-1B Petition for Nonimmigrant Worker filed on Jan. 13, 2026, an I-485 Application for Adjustment of Status filed on Jan. 29, 2026, an I-131 Application for Travel Document filed on Jan. 29, 2026, and an I-765 Application for Employment Authorization filed on Jan. 29, 2026.

3. On May 27, 2026, I contacted USCIS by online chat. The contact took place at approximately 1:11 PM.

4. I chatted with a USCIS representative identified as Selena G, agent ID G-043466 regarding my OPT application. I informed the representative that I had the judge's order based on a lawsuit. The judge ordered that my case should be processed but I still do not see any changes in my case.

5. The representative told me: Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

asked whether there was a hold on my OPT case because of my nationality.

6. I asked whether there was a hold on my OPT case because of my nationality.

7. The representative told me: On January 1, 2026, USCIS issued a Policy Memorandum announcing an adjudicative hold on all pending benefit applications filed by individuals from the "restricted countries" listed in Presidential Proclamations 10949 and 10998 (Trump's Travel Ban). USCIS's adjudicative hold applies to cases filed by aliens whose country of birth or country of citizenship is a Restricted Country. USCIS does not specifically list the form types affected by the hold, nor how long the hold will be in effect.

8. I asked the representative whether she knew if the judge's order was attached to my case.

9. The representative asked when the order was sent in and I said May 7th.

10. The representative told me: I don't see anything attached to your case from May.

11. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

12. As of the date of this declaration, my applications remain pending with no movement. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2026

Signature: *Fatemehsadat*

Printed Name (alias only): Fatemehsadat T. Doe

**EXHIBIT A**



**DECLARATION OF SEYED M. R. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY**
**INJUNCTION**

1. I, Seyed M. R. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application before USCIS includes an N-400 Application for Naturalization filed on June 27th, 2025.

3. On May 28th, 2026, I contacted USCIS by phone. The contact took place at 11:31 AM Central time.

4. I spoke with a USCIS representative identified as Haley. I asked whether there was a hold or pause on my case.

5. The representative told me: "... Our records show that your case is currently pending adjudication and we cannot provide you with a completion time at this moment."

6. I then asked them: Is the hold on my case, because of the country of origin? Which they responded with: "Yes sir, that would be correct."

7. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: "**If USCIS receives that court order, they will proceed as, accordingly.**"

8. I then said: "**So today is May 28th, 2026 and USCIS has not still received that court order?**" And the representative responded: "**At this time that's correct sir.**"

9. Attached to this declaration as Exhibit A is a true and accurate call log of my communication with USCIS described above.

10. As of the date of this declaration, my application remains as "Case Is Still Being Processed By USCIS". I have not received any interview notice, request for evidence, or communication since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __May 28th, 2026_____

Signature:

Printed Name (alias): Seyed M. R. Doe

# Exhibit A

*[previous conversion was not recorded, but was only verifying that I was in fact the petitioner (name/address/DOB/etc.), they then took some time looking up the case in their system]*

**Representative:** Thank you again for your patience sir, do apologize for the delay. Really quickly, would you like to provide your phone number, your email for documentation?

**Seyed M. R. Doe:** My phone number is: [REDACTED]

**Representative:** Okay, thank you for your patience sir. So I do see that there was a service request regarding the issue of your old ceremony having not been scheduled within the time frame after you completed your interview. That request, that inquiry request, it was answered. Our records show that your case is currently pending adjudication and we cannot provide you with a completion time at this moment. You can continue monitoring monitoring your case using the online tools available through your USCIS online account or through USCIS website.

**Seyed M. R. Doe:** Is the hold on my case, because of the country of origin?

**Representative:** Yes sir, that would be correct.

**Seyed M. R. Doe:** And so I have a court order. There is a preliminary injunction that the court has ordered that my case should move forward immediately. That was three weeks ago.

**Representative:** Okay, well sir, at this time we can only advise you to continue to wait. We don't have any further information for you at this time.

**Seyed M. R. Doe:** Okay.

**Representative:** If USCIS receives that court order, they will proceed as, accordingly.

**Seyed M. R. Doe:** So today is May 28th, 2026 and USCIS has not still received that court order.

**Representative:** At this time that's correct sir.

**Seyed M. R. Doe:** Okay, just one more time. Could I have your name?

**Representative:** Yes sir, my name is Haley.

**Seyed M. R. Doe:** Okay, thank you very much. Have a good day.

**Representative:** Yes, sir. Thank you for calling USCIS contact center. Please enjoy the rest of your day.

*Call ended.*

[The audio recording of this call is available and can be provided to court upon request.]

**DECLARATION OF MITRA B DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I,Mitra B Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending applications before USCIS include: I-140 Immigrant Petition for Alien Worker- Filed on July 22, 2024 and an I-765 Application for Employment Authorization filed on Feb 27,2026.

3. On 05/18/2026, I contacted USCIS by online chat . The contact took place at approximately 4:22 PM.

4. I  chatted with a USCIS representative identified as Charles F. ID: G-018697.  I asked whether there was a hold or pause on my case.

5. The representative told me:"what applications were you expecting a lift of process on?" I responded with my case numbers.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: "If there was a judicial order issued for your case that information is not provided."

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my applications remain 'Case Is Being Actively Reviewed' on the USCIS website". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 05/28/2026
Signature:
Printed Name:Mitra B Doe





**DECLARATION OF Hamid. S DOE**

**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Hamid. S Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application before USCIS includes an I-485 Application for Adjustment of Status filed on 08/05/2024.

3. On May 14, 2026, I contacted USCIS with a congressional representative.

4. On May 27, 2026, I received a response through the Office of Congressman regarding an inquiry submitted to USCIS concerning my pending I-485 application.

5. In its response, USCIS stated that my case had been subjected to a hold and additional review pursuant to Policy Memorandum PM-602-0192, titled "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries." USCIS further stated that the agency was conducting additional security assessments and discretionary review related to applicants from countries listed in IP 10949.

6. USCIS acknowledged that the hold would remain in effect until formally lifted by USCIS leadership through subsequent written direction. USCIS did not indicate that the Court's Orders issued on April 30 and May 7, 2026 had been implemented with respect to my application, despite the federal court's directive requiring the lifting of adjudication pauses on affected cases.

7. Attached to this declaration as Exhibit A is a true and accurate copy of the congressional response and USCIS communication described above.

8. As of the date of this declaration, my application remained as "Name was updated" on September 26, 2024 on the USCIS website". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/28/2026

Signature: Hamid █████

Printed Name (alias only): Hamid S. Doe

**Exhibit A**

On December 2, 2025, USCIS issued *Policy Memorandum PM-602-0192, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, which, among other things, directs the agency to place an adjudicative hold on pending benefit requests filed for aliens from countries listed in *PP 10949*, regardless of entry date, while a comprehensive national security review is conducted.

This review is an agency-wide operational measure and reflects USCIS's exercise of its authority to investigate immigration benefit requests filed by aliens who may pose risks to the national security and public safety of the United States, as outlined in DHS Delegation of Authority 0150.1, issued June 5, 2003. During the review period, USCIS is conducting individualized, case-by-case security assessments and is requiring additional scrutiny where warranted, including interviews that may not be waived.

It is important to note that:

The hold does not constitute a denial or revocation of any benefit;
Each affected case will receive an individualized review; and
The hold remains in effect until formally lifted by the USCIS Director through subsequent written direction.

Additionally, USCIS announced *Policy Alert PA-2025-26*, which authorizes consideration of country-specific factors —such as identity document integrity and information-sharing limitations—as part of the discretionary analysis for affected benefit requests.

USCIS recognizes that these actions may result in processing delays; however, the agency has determined that such measures are necessary to ensure national security and public safety and to fully comply with governing law.

We will continue to monitor implementation of this policy and will provide updates as they become available. Should your office require additional assistance, please contact us through the Congressional Web Portal.

Case status may be monitored online at https://egov.uscis.gov/. "



Hamid Safari <hsafari@asu.edu>

## Agency Response | Office of Congressman Greg Stanton

**Kennedy.Czyz@mail.house.gov** <Kennedy.Czyz@mail.house.gov>                    Wed, May 27, 2026 at 12:25 PM
To: hsafari@asu.edu

**GREG STANTON**
ARIZONA'S FOURTH DISTRICT

*VICE RANKING MEMBER*
**COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE**
AVIATION SUBCOMMITTEE
HIGHWAYS AND TRANSIT SUBCOMMITTEE
WATER RESOURCES AND ENVIRONMENT SUBCOMMITTEE

**COMMITTEE ON FOREIGN AFFAIRS**
WESTERN HEMISPHERE SUBCOMMITTEE



**Congress of the United States**
House of Representatives

**WASHINGTON OFFICE**
207 CANNON BUILDING
WASHINGTON, D.C. 20515
(202) 225-9888

**DISTRICT OFFICE**
1220 S. ALMA SCHOOL ROAD, STE. 209
MESA, ARIZONA 85210
(602) 956-2463

STANTON.HOUSE.GOV

May 27, 2026

Hamid ███████
████████████████████

Dear Hamid,

Below please find the response I received from U.S. Citizenship and Immigration Services following my inquiry on your behalf.

*"Good Morning,*

*Re:*

*Thank you for your May 13, 2026 letter inquiring about the case status of HAMID* ████████

*On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries, which, among other things, directs the agency to place an adjudicative hold on pending benefit requests filed for aliens from countries listed in PP 10949, regardless of entry date, while a comprehensive national security review is conducted.*

*This review is an agency-wide operational measure and reflects USCIS's exercise of its authority to investigate immigration benefit requests filed by aliens who may pose risks to the national security and public safety of the United States, as outlined in DHS Delegation of Authority 0150.1, issued June 5, 2003. During the review period, USCIS is conducting individualized, case-by-case security assessments and is requiring additional scrutiny where warranted, including interviews that may not be waived.*

*It is important to note that:*

*The hold does not constitute a denial or revocation of any benefit;*

*Each affected case will receive an individualized review; and*
*The hold remains in effect until formally lifted by the USCIS Director through subsequent written direction.*

*Additionally, USCIS announced Policy Alert PA-2025-26, which authorizes consideration of country-specific factors—such as identity document integrity and information-sharing limitations—as part of the discretionary analysis for affected benefit requests.*

*USCIS recognizes that these actions may result in processing delays; however, the agency has determined that such measures are necessary to ensure national security and public safety and to fully comply with governing law.*

*We will continue to monitor implementation of this policy and will provide updates as they become available. Should your office require additional assistance, please contact us through the Congressional Web Portal.*

*Case status may be monitored online at https://egov.uscis.gov/. "*

Based on the agency's response, and recognizing that congressional offices cannot intervene in agency decisions or policies, my office will proceed with closing this case at this time unless there are any remaining concerns.

I hope this information is helpful to you. If you have additional questions or concerns, please contact Kennedy Czyz in my Mesa District Office. She can be reached by email at Kennedy.Czyz@mail.house.gov or by phone at 602-956-2463.

Sincerely,

Greg Stanton
Member of Congress

**DECLARATION OF AYE S. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Aye S. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS includes: a Form I-765 Application for Optional Practical Training (OPT) filed on October 5, 2025, and upgraded to premium processing on November 14, 2025.

3. On May 28, 2026, I contacted USCIS by email. The contact took place at approximately 11:46am.

4. An unidentified USCIS representative responded to my inquiry on the status of my pending case.

5. The representative replied that while my case is under active examination, they are "unable to provide a definitive timeframe at this point."

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded that "the delay has been necessary in order to ensure thorough processing of my case."

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application remains pending with no movement on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2026
Signature: Aye
Printed Name (alias only): Aye S. Doe

 Aye

To: SCOPS PP PSC

 ↩ Reply  ↩ Reply all  ➔ Forward  ⋯

Thu 5/28/2026 11:36 AM

Dear Sir or Madam,

I hope you are having a great day. My name is Aye ▮▮▮▮▮▮▮, an F-1 student at Baruch College, and I wanted to check in again regarding the status of my pending initial post-completion OPT application.

My receipt number is IOE▮▮▮▮▮▮▮▮. My Form I-765 was filed on October 5th, 2025, and upgraded to premium processing on November 14th, 2025.

I understand that my case may have been impacted by the adjudicative hold associated with the December 2025 Policy Memorandums. However, on April 30, the District Court for the District of Massachusetts granted a preliminary injunction ordering USCIS to lift the adjudicative hold immediately, and I am one of the covered plaintiffs under that order.

Given the Court's order and my pending premium processing request, I would greatly appreciate any update you may be able to provide regarding the status of my case.

Thank you very much for your time and assistance, and I look forward to hearing back from you.

Best regards,
Aye ▮▮▮▮▮▮▮

 SP    SCOPS PP PSC<psc-premium.processing@uscis.dhs.gov>

To: You

 ↩ ↩ ➔  ⋯

Thu 5/28/2026 1:12 PM

Hello,

Thank you for contacting the premium processing mailbox. Based on your inquiry, we have reviewed the status of your case and found that it remains under active examination. The delay has been necessary in order to ensure thorough processing of your case.

Unfortunately, we are unable to provide you with a definitive timeframe at this point. USCIS will notify you if any further information is needed from you or when a decision has been made.

Thank you,

Premium Processing Unit

**DECLARATION OF Arash E. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Arash E. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: An N-400 Application for Naturalization filed on July 17, 2025.

3. On May 28, 2026, I contacted USCIS by online chat. The contact took place at approximately 1:30 PM.

4. I chatted with a USCIS representative identified as Billy O.  I asked whether there was a hold or pause on my case.

5. The representative told me: "You are from a country on the presidential proclamation, so the case has been on hold since 11/12/2025".

6. On May 28, 2026, I contacted USCIS by online chat. The contact took place at approximately 2:26 PM.

7. I chatted with a USCIS representative identified as Victoria G (Agent ID: G-602680) I asked whether there was a hold or pause on my case.

8. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: "No additional information has been made available regarding the processing or federal court orders of the case at this time".

9. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

9. As of the date of this declaration, my application(s) remain "interview cancelled". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ____May 28, 2026_____

Signature:  _____*Arash* ██████████████████████

Printed Name (alias only): Arash E. Doe





**DECLARATION OF Marjan A. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Marjan A. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: I-765 Application for STEM OPT filed on July 9, 2025.

3. On May 28, 2026, I contacted USCIS by online chat. The contact took place at approximately 3:40 PM MDT.

4. I chatted with a USCIS representative identified as Antionio G. (agent ID G-029103). I asked whether there was a hold or pause on my case.

5. The representative told me: your case is currently pending adjudication. We cannot provide you with a completion date at this time.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative ended the chat without responding to my question about the adjudicative hold.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. On May 28, 2026, I again contacted USCIS via online chat multiple times and every time the agent ignored my question about the adjudicative hold and ended the chat promptly after giving a similar boilerplate response.

9. As of the date of this declaration, my application(s) remain pending with no movement and case status showing 'Case Was Received and A Receipt Notice Was Sent' on the USCIS website". I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2026

Signature: *Marjan*

Printed Name (alias only): Marjan A. Doe

**Exhibit A**



## Chat

I have a court order for my case IOE█████████, which orders the USCIS to life the adjudicative hold from my application. My I-765 has been pending for more than 10 months. Can you please check if the hold on my case is being lifted or not?

Sent • 3:40 PM

 Thank you. Please give me a few moments to research your case.

Antonio G • 3:40 PM

Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account.

Your session has been inactive and will disconnect soon

 Thank you for contacting USCIS. Please enjoy the rest of your day!

Start a new chat...

DECLARATION OF NOOSHIN. DOE.

IN SUPPORT OF DECLARATION PLANTIFF'S MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Nooshin. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct.
2. I am a plaintiff in the above-captioned matter. My pending application before USCIS includes an I-140 application as an immigration petition for alien workers.
3. On 5/27/2026, I contacted USCIS by online chat. The contact took place at 12:20 PM.
4.  I chatted with a USCIS representative identified as Bianca E.  I asked whether there was a hold, pause or any updates on my case.
5. The representative told me: Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time.
6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: We cannot process court orders as the adjudicating office is the one who has jurisdiction of this case. You're welcome to upload or mail in the information to see if the office can review it.
7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.
8. As of the date of this declaration, my application remains pending with no movement. I have not received any notice since the Court issued its orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/28/2026

Nooshin. Doe

Exhibit A

