**DECLARATION OF MOHAMMAD K DOE
IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY
INJUNCTION**

1. I, Mohammad K Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending applications before USCIS include: a) an I-140 Immigrant Petition for Alien Worker (EB-2, NIW) filed on July 30, 2025 (Premium Processing requested on October 27, 2025) and b) an I-765 Application for Employment Authorization (STEM OPT) filed on March 5, 2026.

3. On May 27, 2026, I contacted USCIS by online chat. The contact took place at approximately 10:53 AM.

4. I chatted with a USCIS representative identified as Cidney S (agent ID: G-011896).  I asked whether there was a hold or pause on my case.

5. The representative told me: "Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case)."

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded: "I have provided the only answer/information USCIS allowed for chat agents to provide. I have provided you with all of the information that I have access to in my system. I have completed the task(s) USCIS allows for me to complete as a chat agent. This chat is being recorded by the government. Please read the information I have sent within this chat again."

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. On May 28, 2026, I again contacted USCIS and spoke with an agent identified as Jessica L (agent ID: G-006554). I asked whether there was a hold on the adjudication of my case. The agent confirmed: "Yes it is." I informed the agent of Judge Kobick's order to lift the hold and asked whether the hold had been lifted on their end. The agent responded: "We have no new information on that yet, cases are still being processed as is." I then asked to speak with a tier two officer and was told that agents had been advised not to make such referrals for this inquiry. A record of that contact is attached as Exhibit B.

9. As of the date of this declaration, my applications remain pending with no movement on the USCIS website. I responded to a Request for Evidence for the I-140 petition that was received by USCIS on March 4, 2026. Despite having requested premium processing, no decision has been issued on the I-140 petition as of the expiration of the 45 business day processing period. I have not received any interview notice, new request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2026

Signature: *M. Kobick*

Printed Name: Mohammad K Doe

Exhibit A:



Today • 10:51 AM

We're connecting you to an agent. Your estimated wait time is 2 minutes. • 10:51 AM

Cidney S joined • 10:53 AM

Thank you for contacting the USCIS Contact Center. My name is Cidney, and my agent ID is G-011896. I will be more than happy to help you.

Cidney S • 10:56 AM

I have requested for premium processing of my case and it has been 58 days since the I have responded to the RFE. Could you please tell me why is there a delay even thought there is a PP on my case?

I'm a citizen of Iran. Is my case on hold due to the pause for 39 countries?

Sent • 10:57 AM

I'll be glad to assist you, let me look up that information for you. Please, give me a few moments.

I'm still researching th  information for you, please give me a few  nents. You will have to

Sent • 10:57 AM

I'll be glad to assist you, let me look up that information for you. Please, give me a few moments.

I'm still researching that information for you, please give me a few moments. You will have to respond with an "okay" because if you do not respond the chat will automatically timeout and close. You will then have to start a new chat with a new chat agent. You only have to say "okay" one time.

Cidney S • 11:00 AM

okay

Cidney S • 11:00 AM

okay

Sent • 11:00 AM

Your RFE response was received on (03-04-2026). Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time. I do not have the authority to make decisions on cases or to state when a decision will be made on a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS on' account. If you have not received a notice  e mail from USCIS

Your RFE response was received on (03-04-2026). Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time. I do not have the authority to make decisions on cases or to state when a decision will be made on a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. If you have not received a notice in the mail from USCIS requesting extra information in order to make a decision on your case or a final decision notice for your case in the mail from USCIS this means that your case is processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with

a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. If you have not received a notice in the mail from USCIS requesting extra information in order to make a decision on your case or a final decision notice for your case in the mail from USCIS this means that your case is processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with your case. If USCIS needs anything from you or if we make a decision on the case, we will send a notice to the address on file. If USCIS schedules an appointment for your case, we will send a notice to the address on file. In the meantime, please continue to wait. We appreciate your patience while we review your case.

Cidney S • 11:04 AM

We have a preliminary injunction granted to us by judge Kobick that enjoins government from applying the pause. The US attorneys have accepted that. So, what you see on your end is that the pause is not lifted?

Sent • 11:07 AM

I have provided the only answer/information USCIS allows for chat agents to provide. I have provided you with all of the information that I have access to in my system. I have completed the task(s) USCIS allows for me to complete as a chat agent. This chat is being recorded by the government. Please read the information I have sent within this chat again. If you need further explanation or if you h͟a͟v͟e͟ several questions you will need to call our C͟o͟n͟t͟a͟ct Center at 1-8 0 0-3 7

agent. This chat is being recorded by the government. Please read the information I have sent within this chat again. If you need further explanation or if you have several questions you will need to call our Contact Center at 1-8 0 0-3 7 5-5 2 8 3. Please call the U.S.C.I.S. Contact Center to receive further information. Our toll-free number is 800-375-5283 (TTY 800-767-1833, VRS 877-709-5797) we answer live calls and chats Monday to Friday, 8am to 8pm Eastern. If you are outside the U.S, Please, call 212-620-3418. When you call the USCIS contact center you will need to say "Info-pass appointment" or "Reschedule Interview" or "Interview" or "Reschedule Biometrics appointment" or select the "military" option and you will be routed directly to a live customer service representative.



Cidney S • 11:07 AM

Exhibit B:

Today • 12:02 PM

We're connecting you to an agent. Your estimated wait time is 3 minutes. • 12:02 PM

 Jessica L joined • 12:04 PM

Thank you for contacting the USCIS Contact Center. My name is Jessica, and my agent ID is G-006554. I will be more than happy to help you.



Thank you for contacting the U.S.C.I.S. Contact Center. My name is Jessica, and my agent ID is # G 0 0 6 5 5 4. I would be more than happy to help you today. Do you have an A number or a receipt number?

Jessica L • 12:04 PM



Receipt number (I-140): IOE0█████
A-number: █████

I also have STEM opt case. Receipt number (I-765): IOE9█████

Sent • 12:05 PM

What is a good phone number (provide with NO DASHES OR SPACES) and email? What is your first and last name, birthday(xx/xx/xxxx), and mailing address, which includes(city, state and zip code and apartment number of any)?

Jessica L • 12:06 PM

Name: Mohammad █████
Date of birth: 04.██████
Mailing address: 20█████████
████████
Country of birth: India
Phone: █████████
Email: mohammad█████████

Sent • 12:07 PM

Jessica L • 12:06 PM



Name: N
Date of
Mailing
Warren,
Country
Phone:
Email: n

Sent • 12:07 PM

How can I help?

Jessica L • 12:08 PM

My I-140 has premium processing. I have responded to RFE 59 days ago and have not heard back yet. I'm a citizen of Iran. Is there a hold on the adjudication of my case due to country of birth?

Sent • 12:09 PM

Yes it is.



Yes it is.

Jessica L • 12:10 PM

I have an order by Judge Kobick issued on April 30, 2026 to lift the hold. Do you see any indication that the hold was lifted due to that order?

Sent • 12:10 PM

We have no new information on that yet, cases are still being processed as is.

Jessica L • 12:11 PM

Can I speak to a tier 2 officer?

Sent • 12:11 PM

We have been advised not to for this inquiry, you will just have to wait until new information is released regarding the hold being supposedly lifted and monitor the uscis webpage.

Thank you for contacting the U.S.C.I.S. Contact Center. Enjoy the res ↓ our day!

We have no new information on that yet, cases are still being processed as is.

Jessica L • 12:11 PM

Can I speak to a tier 2 officer?

Sent • 12:11 PM

We have been advised not to for this inquiry, you will just have to wait until new information is released regarding the hold being supposedly lifted and monitor the uscis webpage.

Thank you for contacting the U.S.C.I.S. Contact Center. Enjoy the rest of your day!

Jessica L • 12:13 PM

This session has been closed and will automatically end in 2 minutes

Jessica L left • 12:13 PM

Agent ended the chat at 12:13 PM

**DECLARATION OF Fatema DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Fatema H. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application before USCIS includes: I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records filed 08/19/2025.

3. On 05/27/2026, I contacted USCIS by online chat. The contact took place at approximately 5 minutes.

4. I chatted with a USCIS representative identified as Cidney S , agent ID: G-011896.  I asked whether there was a hold or pause on my case because of my country of birth.

5. The representative told me: Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time. I do not have the authority to make decisions on cases or to state when a decision will be made on a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. If you have not received a notice in the mail from USCIS requesting extra information in order to make a decision on your case or a final decision notice for your case in the mail from USCIS this means that your case is processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with your case. If USCIS needs anything from you or if we make a decision on the case, we will send a notice to the address on file. If USCIS schedules an appointment for your case, we will send a notice to the address on file. In the meantime, please continue to wait. We appreciate your patience while we review your case.

6. I informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative did not address my question or acknowledge the court order. Instead, they provided a generic, non-responsive message stating, "Thank you for contacting the USCIS Contact Center, enjoy the rest of your day!" and immediately ended the chat session.

7. Attached to this declaration as Exhibit A is a true and accurate chat transcript of my communication with USCIS described above.

8. As of the date of this declaration, my application remains in "Case Was Updated To Show Fingerprints Were Taken" with no further movement

I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/27/2026

Signature:    Fatema H. Doe

Printed Name (alias only): Fatema H. Doe

Exhibit A:





Chat

Thank you. I will need to verify some information in order for me to assist you. While the information loads, May I please have a valid reliable US phone number and a valid reliable E-mail (electronic mail) address?



Cidney S · 2:50 PM



Sent · 2:50 PM

May I have your first name, your last name, your date of birth, and your country of birth please? May I also have your current complete address please? Please remember, A full and complete address includes a city, state, and zip code/postal code. Please also provide your apartment number, floor nu ↓ , unit number, lot number, trailer number, room number

Start a new chat...



**Chat** ⌄ ✕

May I have your first name, your last name, your date of birth, and your country of birth please? May I also have your current complete address please? Please remember, A full and complete address includes a city, state, and zip code/postal code. Please also provide your apartment number, floor number, unit number, lot number, trailer number, room number, building number, space number, or suite number if applicable.



Cidney S · 2:50 PM

Sent · 2:51 PM

You did not fully read the question I just sent. This chat is being recorded by the government. I said "May I have your first name, your last r ↓ , your date of birth (birthday), your country of birth, and your

Start a new chat...

## Chat ∨ ✕

Sent · 2:51 PM

You
did not fully read the question I just sent. This chat is being recorded by the government. I said "May I have your first name, your last name, your date of birth (birthday), your country of birth, and your current full complete physical address and mailing address please?". This is the main question. I am waiting for the full answer to the question I have sent. You will need to answer the question(s) I have provided before you can receive any assistance from me. I can not provide assistance until you fully answer my question.



Cidney S · 2:51 PM



Sent · 2:52 PM

Start a new chat...



**⋮  Chat**                    ⌄  ✕

Your case is on hold with USCIS. Our records show that your case is currently pending adjudication (a decision on the case). We cannot provide you with a completion date at this time. I do not have the authority to make decisions on cases or to state when a decision will be made on a case. You can monitor updates to your case using Case Status Online at egov.uscis.gov or through your USCIS online account. If you have not received a notice in the mail from USCIS requesting extra information in order to make a decision on your case or a final decision notice for your case in the mail from USCIS this means that your case is processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with your case. If USCIS needs anything from you or if we make a decision on the ⬇ we will send a

⋮  Chat                          ⌄  ✕

processing normally with USCIS. We will notify you if we need any additional information or if there is any error or issue with your case. If USCIS needs anything from you or if we make a decision on the case, we will send a notice to the address on file. If USCIS schedules an appointment for your case, we will send a notice to the address on file. In the meantime, please continue to wait. We appreciate your patience while we review your case.



Cidney S • 2:54 PM

I am a plaintiff in the mass action lawsuit Akmurat O. Doe et al. v. Trump (Case No. 1:25-cv-13946-JEK) represented by Hacking Immigration Law Group.
On April 30, 2026, the Court granted a Preliminary Injunction finding that the USCIS adjudicatiold policy and use of nationality as a ificant negative





Chat    ⌄  ✕

USCIS adjudicative hold policy and use of nationality as a "significant negative factor" were unlawful. The government later stated it does not oppose extending the injunction to all plaintiffs in the case. Based on this order, USCIS is required to continue processing my applications without placing them on indefinite hold or using my nationality as a negative factor.

Sent • 2:54 PM

 Thank you for contacting the USCIS Contact Center, enjoy the rest of your day!

Cidney S • 2:54 PM

This session has been closed and will automatically end in 2 minutes

 Cidney S left • 2:54 PM

You ended the chat at 2:54 PM

Start a new chat...

DECLARATION OF Iman N. DOE

IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Iman N. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on 1st July 2024.

3. On 27th May 2026, I contacted USCIS by online chat. The contact took place at approximately 8:55 am.

4. I spoke with / chatted with a USCIS representative identified as Nydia G, G-026354  I asked whether there was a hold or pause on my case.

5. The representative told me: there is an adjudicative hold on the application for individuals from restricted countries.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

9. As of the date of this declaration, my application(s) remain Request for Initial Evidence Was Sent on the USCIS website. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____05/28/2026_____

Signature: _____Iman N█████r_____

Printed Name (alias only): Iman N. Doe

Sign In

 Nydia G

Today • 8:51 AM

We're connecting you to an agent. Your estimated wait time is 2 minutes. • 8:51 AM

Hello

Sent • 8:53 AM

 Nydia G joined • 8:54 AM

Thank you for contacting the USCIS Contact Center. My name is Nydia, and my agent ID is G-026354. I will be more than happy to help you.

Can I get your full name, date of birth, and full mailing address? Also, your phone number and email please.

 Nydia G • 8:54 AM

Good morning, |

       ENG   8:54 AM 5/27/2026

**⋮  Nydia G                                    ∨**

Thank you for contacting the USCIS Contact Center. My name is Nydia, and my agent ID is G-026354. I will be more than happy to help you.

Can I get your full name, date of birth, and full mailing address? Also, your phone number and email please.

Nydia G • 8:54 AM

Good morning

Yes, Iman N███████████████ country of birth Iran, ████████████

████████████████

██████████████████████

My case number is ██████████████████

Sent • 8:55 AM

Type your message...

        ENG   8:55 AM 5/27/2026

**Nydia G**

email please.

Nydia G • 8:54 AM

Good morning

Yes, Iman N████████████████ country of birth Iran, ████████████████████

████████████████

My case number is ████████████

Sent • 8:55 AM

How can I assist you today?

Nydia G • 8:55 AM

I want to know if my case in on hold due to Presidential Proclamations 10949 and 10998?

Sent • 8:55 AM

Type your message...



      ^   ENG

8:55 AM
5/27/2026

**⋮  Chat**  ∨  ✕

I want to know if my case in on hold due to Presidential Proclamations 10949 and 10998?

Sent • 8:55 AM

On January 1, 2026, USCIS issued a Policy Memorandum announcing an adjudicative hold on all pending benefit applications filed by individuals from the "restricted countries" listed in Presidential Proclamations 10949 and 10998 (Trump's Travel Ban).

USCIS's adjudicative hold applies to cases filed by aliens whose country of birth or country of citizenship is a Restricted Country. USCIS does not specifically list the form types affected by the hold, nor how long the hold will be in effect.

USCIS will re-review  oved benefit requests

S

    ^      ENG

9:01 AM
5/27/2026

 **Chat**    ∨  ✕

USCIS will re-review approved benefit requests such as Green Cards for individuals from restricted countries. This may include interviews or re-interviews to reassess Green Card eligibility.

Restricted Countries: Afghanistan; Angola; Antigua and Barbuda; Benin; Burkina Faso; Burma; Burundi; Chad; Cote d'Ivoire; Cuba; Dominica; Equatorial Guinea; Eritrea; Gabon; Haiti; Iran; Laos; Libya; Malawi; Mali; Mauritania; Niger; Nigeria; Palestinian Authority Travel Docs; Republic of Congo; Senegal; Sierra Leone; Somalia; South Sudan; Sudan; Syria; Tanzania; The Gambia; Togo; Tonga; Turkmenistan; Venezuela; Yemen; Zambia; and Zimbabwe.

Thank you for contacting the USCIS Customer Service Center. Have ↓ ood day.



S

        ENG    9:01 AM 5/27/2026

**DECLARATION OF PATRICIA P. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Patricia P. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: I-485 Application for Adjustment of Status, I-1765 Application for Employment Authorization, and I-131 Application for Travel Document (Advance Parole), all filed on July 2, 2025.

3. On May 26, 2026, I contacted USCIS by chat online. The contact took place at approximately 1:46 PM AM Central time.

4. I chatted with a USCIS representative identified as Charmette D with agent number G-034488. I asked her to confirm whether the adjudicative hold and significant negative factor policies were removed on my pending applications as I am a named plaintiff granted relief under the Preliminary Injunction ordering USCIS to lift the respective holds.

5. The representative told me: "case is in process". The representative did not answer the questions asked and ended the chat. Attached to this declaration as Exhibit A is a true and accurate chat record of my communication with USCIS described above.

6. On May 27, 2026, I contacted USCIS by chat online. The contact took place at approximately 9:30 AM Central time.

7. I chatted with a USCIS representative identified as Maryam A with agent number. G-30804. I asked whether there was a hold or pause preventing the adjudication of my pending applications.

8. The representative told me: "Yes, there is a Policy on Restricted Countries".

9. Attached to this declaration as Exhibit B is a true and accurate chat record of my communication with USCIS described above.

10. On May 27, 2026, approximately at 10:28 AM Central time, I again contacted USCIS by phone and spoke with an agent identified as " Blaze" with agent number G-011195. I was told that my cases were in pending adjudication and that no estimated completion date was available. The agent suggested that this was likely due to the hold policy issued in December 2025, and he also implied that my cases were not eligible for an expedite request likely for the agency-imposed hold. A record of that contact is attached as Exhibit C.

11. As of the date of this declaration, my application(s) remain showing 'Case Is Still Being Processed By USCIS' on USCIS website since July 17, 2025. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2026

Signature: _____

Printed Name (alias only): Patricia P.Doe

## EXHIBIT A











**EXHIBIT B**







# EXHIBIT C

USCIS
thank you for calling USCIS Contact Center. My name is YS agent ID G

You
Sorry.

USCIS
011195. I see that you have provided us with your receipt number, if you allow me to verify your information. I'll be more than happy to help you today.

You
yes, perfect. Thank you.

USCIS
Oh, thank you and what is your 1st and last name please?

You
My 1st name is [REDACTED] and my last name is [REDACTED]

USCIS
Thank you and your date of birth, please.

You
That would be [REDACTED]

USCIS
Thank you and your address please.

You
[REDACTED]

USCIS
Thank you ma'am, so how can I help you today?

You
yes, so, um, I was wondering if my Work authorization and the travel authorization document are being subject to the whole or the post policy. Because of my country of birth.

USCIS
So your concern is about, I believe it was back in, I think, I believe December or January, where

they announced, uh, that the ban on the 75 I believe it was 75 countries and you're wanting to know if that ban is affecting your employment authorization in your travel document

You
Yeah, if they are affecting the adjudication of those 2 applications. Mm-hmm. Either I

USCIS
Gotcha

You
see.

USCIS
let me.

You
Mm-hmm.

USCIS
Apologize let me pull that up here and take a look just a 2nd.

You
thank you.

USCIS
See here. Oh yeah, I do see it looks like you spoken with us a few times earlier today about this issue as well and yesterday too.

You
Yes.

USCIS
I mean, he here's the thing ma'am. Well, I'm gonna tell you what we can see and then I'm gonna tell you what we can infer from this. Okay?

You
Okay.

USCIS

So, uh, there is, we are aware. That, there have been some restrictions, and a policy change set in place since, like we just discussed when that travel ban was enacted, right, so, we cannot see directly. If your case is on hold or if a hold has been lifted, unfortunately, the office does not provide us with that

USCIS

information. What we can tell you is there is a notation here. That, and I'll pull this up verbatim, this pops up whenever we try to look into your cases, and this is any of your cases, by the way, we are just told here that our records show that your case is pending adjudication, and we cannot provide you the completion date at this time. So that just means there's no process and time that we can give you ma'am. And we are just told to have you monitor your case uh updates using case status online at egov dot USCIs dot gov through your online account. Uh we've not provided any other details other than what I just gave you.

You

Yes, so you are not able to see if the hold is applying to my case, because you are not on

You

Yes, that's correct.

USCIS

Thank, thank you and what was your email please?

You

[REDACTED] So would be my last name. Followed by my 1st name [REDACTED]. And then you put a [REDACTED] So it would be [REDACTED]

USCIS

Thank you. That's uh [REDACTED]

You

Yes, that's correct.

USCIS

Thank you. All right, uh if that is all, ma'am, then once again, we do want to thank you for calling USCIS and enjoy the rest of your day.

You

All right, thank you. You too. Goodbye.

USCIS

Thank you, ma'am, goodbye.

You

Yeah.

USCIS

there's a hold, but I can tell you there's no processing date to give you.

You

Yeah, that makes sense. Um, yeah, and also I was trying to, because my work authorization is like outside processing times, and I was trying to do an expedite request, and whenever I was looking at the dates, it says yes, like I was, I was uh, able to uh, do an expedite request, but then, when I was submitting it, it tells me, like, it just tells me, your expert, of course, can, cannot be submitted this time. But I was like, For the times when I look on the case processing times, I was able to do an inquiry date, but probably also because of both or the whole, you cannot like, I cannot even submit an expedite request. That was

USCIS

Uh

You

like, yeah

USCIS

So, I'm getting the same thing unfortunately ma'am it will. It is telling me that your cases are not ineligible for expedite either. I am afraid.

You

Hmm. Well, all right. Thank you so much for your help. I appreciate it.

USCIS

You're welcome, ma'am uh no problem. I wish I had better news for you. I just, you know, I just don't wanna get your hopes up unnecessarily here. Uh I do want to document our discussion today. uh what was your phone number please?

You

I know.

You

[REDACTED]

USCIS

Thank you. That's [REDACTED]



**DECLARATION OF Amir B. DOE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

1. I, Amir B. Doe, make the following statement and certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am a plaintiff in the above-captioned matter. My pending application(s) before USCIS include: an I-485 Application for Adjustment of Status filed on August 11, 2025, an I-765 Application for Employment Authorization filed on August 11, 2025, a H-1B I-129 Petition for Non-Immigrant Worker filed on November 20, 2025, and an Immigrant Petition for Alien Worker filed on August 14, 2024.

3. On May 28, 2026, I contacted USCIS by online chat. The contact took place at approximately 5:40PM.

4. I chatted with a USCIS representative identified as Miranda B. I asked whether there was a hold or pause on my case.

5. The representative offered me the information to the Policy Memorandum issued on January 1, 20206 announcing "an adjudicative hold on all pending benefit applications filed by individuals from "restricted Counties" listed in Presidential Proclamations 10949 and 10998 (Trump's Travel Ban)."

6. I asked the representative whether their system shows any court order requiring USCIS to lift the hold on my case. The representative responded that they "cannot see that information" and asked me to check the USCIS website for new policy updates/memoranda issued by the USCIS.

7. Attached to this declaration as Exhibit A is a true and accurate screenshot of my communication with USCIS described above.

8. As of the date of this declaration, my application(s) still shows "Case Is being Actively Reviewed" on the USCIS website with no movement. I have not received any interview notice, request for evidence, or approval since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May, 28, 2026_____

Signature:  *Amir B.* _____

Printed Name (alias only): Amir B. Doe

**⋮  Chat**    ⌄  ✕

On January 1, 2026, USCIS issued a Policy Memorandum announcing an adjudicative hold on all pending benefit applications filed by individuals from the "restricted countries" listed in Presidential Proclamations 10949 and 10998 (Trump's Travel Ban).

USCIS's adjudicative hold applies to cases filed by aliens whose country of birth or country of citizenship is a Restricted Country. USCIS does not specifically list the form types affected by the hold, nor how long the hold will be in effect.

USCIS will re-review approved benefit requests such as Green Cards for individuals from restricted countries. This may include interviews or re-interviews to reassess Green Card eligibility.

Restricted Countries: Afghanistan; Angola; Antigua and Barbuda; Benin; Burkina Faso; Burma; Burundi; Chad; Cote d'Ivoire; C␣␣a; Dominica; Equatorial Guinea; Eritrea; Gab␣␣ ␣aiti; Iran; Laos; Libya;

↓

Start a new chat...

## Chat

Chad; Cote d'Ivoire; Cuba; Dominica; Equatorial Guinea; Eritrea; Gabon; Haiti; Iran; Laos; Libya; Malawi; Mali; Mauritania; Niger; Nigeria; Palestinian Authority Travel Docs; Republic of Congo; Senegal; Sierra Leone; Somalia; South Sudan; Sudan; Syria; Tanzania; The Gambia; Togo; Tonga; Turkmenistan; Venezuela; Yemen; Zambia; and Zimbabwe.

The following case types are exempt from USCIS's adjudicative hold:

Green card replacements (Form I-90);
Replacement naturalization/citizenship documents (Forms N-565, N-600);
Certain employment authorization categories (Form I-765 listed under the (c)(8), limited (c)(11)), and limited (c)(14) categories;
Benefit requests filed by professional athletes - including coaches and relatives - for the purpose of attending the World Cup, Olympics, or other major sporting event; and
Case types that would serve a U.S. national interest.



Start a new chat...



**Chat**

Miranda B • 5:41 PM

I see, thank you so much, so the memorandum has paused my petitions and I should look out for a new memorandum that hopefully lifts the hold, right?

Sent • 5:42 PM

Yes.

Miranda B • 5:43 PM

I see, And does my petition show any court orders that can lift the hold?

Sent • 5:44 PM

We cannot see that information.

Miranda B • 5:45 PM

I see, so the petition doesn't show any orders but just shows the administrative hold based on the memnorandum?

Sent • 5:46 PM

Correct.

Start a new chat...

DECLARATION OF Mehrnoosh E DOE
IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

1. I, Mehrnoosh E Doe, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.
2. I am a plaintiff in the above-captioned matter. My pending application before USCIS includes

    **I-140-premium processing (receipt number: IOE0**⬛⬛⬛**)** filed on March 2024 and premium processing fee paid on November 2025

    H-1B-premium processing **(receipt number: IOE**⬛⬛⬛**)** which is extension of my current employment filed on November 2025

    I-485 filed October 2025 **(receipt number: IOE0**⬛⬛⬛**)**

    I-765 **(receipt number: IOE0**⬛⬛⬛**)** filed on March 2026 and requested for expedite to start medical residency but my request rejected right away.

3. On [5/28/2026], I contacted USCIS by email to Premium Processing Service about my 2 premium cases which are overdue (they have to be adjudicated by last week) but they said my case has pending adjudication on it which is not normal for premium cases.
4. I also had a chat with live agent and informed the representative that a federal court had issued an order requiring USCIS to lift the hold on my case. The representative responded that they could not do anything and some unrelated answers.
5. Attached as Exhibit A is a true and accurate screenshot and email of my communication with USCIS.
6. As of the date of this declaration, my all cases including premium cases remains pending. I have not received any update since the Court issued its Orders on April 30 and May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____5/28/2026_____

Signature: _____⬛⬛⬛_____

Printed Name: MehrnooshE Doe





 **NSC Premium Processing**

to me ▾

2:07 PM (8 hours ago)  ☆  ☺  ↩  ⋮

Greetings,

Thank you for contacting the Premium Processing mailbox. Based on your inquiry, we have reviewed the status of your case and found that it is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. You can monitor updates to your case using Case Status Online or through your USCIS Online Account.

We hope this information is helpful and appreciate your continued patience.

Thank you,

Premium Processing Service

CONFIDENTIALITY NOTICE: The information contained in (or attached to) this e-mail is For Official Use Only / Law Enforcement Sensitive (FOUO/LES) and should be considered Sensitive but Unclassified. This communication (including attachments) is covered by the Electronic Communication Privacy Act, U.S.C. Sections 2510-2521. It is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this communication is prohibited. If you have received this communication in error, please notify me immediately by replying to this e-mail and delete any copies from your computer.

-----Recent Email History-----

From: mehri ████████████

To: processingnsc-premium@uscis.dhs.gov

Cc:

Sent: 2026-05-27 21:27:49

Subject: Re: Automatic reply: Request for Review of Pending I-140 Premium Processing Case After RFE Response

CAUTION:

This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

CAUTION:

This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

It was a premium case

On Wed, May 27, 2026 at 2:01 PM Processing, NSC-Premium <ProcessingNSC-Premium@uscis.dhs.gov> wrote:

This email box is for inquiries on Premium filed cases only. If you have submitted an inquiry on a non-premium case, you will not receive a response.