**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

AKMURAT O. DOE,  et al,

   Plaintiffs,

v.

DONALD J. TRUMP, et al.,

   Defendants.

Case No.   1:25-cv-13946-JEK

**NOTICE OF VOLUNTARY DISMISSAL - PLAINTIFFS HTOO A. DOE AND THIN S. DOE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending applications of Plaintiffs Htoo A. Doe and Thin S. Doe. Following the adjudication of their applications, Plaintiffs have naturalized as citizens of the United States. Accordingly, the relief they sought in this action has been obtained and their respective claims are now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Htoo A. Doe and Thin S. Doe hereby voluntarily dismiss their claim in the instant action with prejudice.

**RESPECTFULLY SUBMITTED**
June 2, 2026

*/s/ Stefanie Fisher-Pinkert*
Stefanie Fisher-Pinkert
BBO#676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

*/s/ James O. Hacking, III*
James O. Hacking, III
MO Bar # 46728
*Admitted Pro Hac Vice*
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122

(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on June 2, 2026, they conferred with counsel for Defendants regarding the foregoing Notice of Voluntary Dismissal With Prejudice. Defendants do not oppose the notice.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

*/s/ James O. Hacking, III*
James O. Hacking, III