AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts ▾

| | |
|---|---|
| Abeer H. Doe, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13946 |
| Trump, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                              .

Date:

06/03/2026

*Attorney's signature*

Lauren E. Allu Esq. 325125
*Printed name and bar number*
235 Mamaroneck Ave
Suite 202
White Plains, NY 10605

*Address*

L.allu@mcbeanlaw.com
*E-mail address*

(914) 898-9488
*Telephone number*

(914) 898-9488
*FAX number*