

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AKMURAT O. DOE, et al.,

    *Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

    *Defendants.*

Civil Action No.: 1:25-cv-13946-JEK

CONSOLIDATED WITH:
*Abeer H. Doe, et al. v. Trump, et al.,*
1:26-cv-11382-JEK

## DECLARATION OF ANGELICA ALFONSO-ROYALS

I, Angelica Alfonso-Royals, make the following declaration, as provided by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Massachusetts. I hereby certify:

1. I am the Deputy Director of U.S. Citizenship and Immigration Services (USCIS), a component agency within the U.S. Department of Homeland Security (DHS). I have held this position since May 31, 2026.  Previously I served as the Principal Deputy Director of USCIS from April 15, 2026 to May 30, 2026. Before that, I served in various senior leadership roles at USCIS, including Chief Operating Officer, and Acting Director.

2. The statements contained in this declaration are based upon my personal knowledge and upon information provided to me in my official capacity.

3. On April 30, 2026, this Court entered an order granting in part and denying in part Plaintiffs' motion for preliminary injunction and administrative stay. ECF No. 82. The Court enjoined USCIS from enforcing the adjudicative hold policy, set forth in PM 602-0192 and PM 602-0194, to the pending benefit applications of 22 named plaintiffs in *Akmurat Doe, et. al., v. Trump, et. al.,* (Doe I) and ordered USCIS to

1

lift the adjudicative hold as to those Plaintiffs. This Court also enjoined USCIS from enforcing the significant negative factor set forth in PA 2025-26, to pending applications for adjustment of status and work authorization of the same 22 Plaintiffs.

4. On May 7, 2026, this Court expanded the preliminary injunction relief enjoining USCIS from enforcing the adjudicative hold policy set forth in Policy Memorandum 602-0192 and Policy Memorandum 602-0194, to the pending benefit applications of the remaining 167 Plaintiffs in Doe I, and the 99 Plaintiffs in *Abeer Doe, et al., v. Trump, et. al.,* (Doe II). ECF No. 87.

5. USCIS operations was notified of the April 30, 2026, and May 7, 2026, preliminary injunctions.  Since the preliminary injunctions were issued, USCIS has lifted the enjoined policies with respect to the named Plaintiffs in *Doe I* and *Doe II*.

6. USCIS subsequently issued guidance that the hold policy could not be applied to Plaintiffs *in Doe I and Doe II* and that USCIS must process their pending applications in the ordinary course of business.  USCIS has also ceased enforcing the negative factor set forth in PA 2025-26, as to Plaintiffs' pending form I-485, Application to Register Permanent Residence or Adjustment of Status, and form I-765, Application for Employment Authorization.

7. Notably, several Plaintiffs' applications have received final adjudication decisions since the injunction was put into place. For example, Plaintiffs Htoo A. Doe and Thin S. Doe's benefit applications were adjudicated.

8. In addition, USCIS is taking steps to ensure USCIS systems accessible to the public reflect compliance with the court's orders, and that accurate information is provided in response to customer service inquiries.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of June 2026, in Camp Springs, Maryland.

Angelica Alfonso-Royals
Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security