**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

AKMURAT O. DOE, et al,

   Plaintiffs,

v.

DONALD J. TRUMP, et al.,

   Defendants.

Case No.   1:25-cv-13946-JEK

CONSOLIDATED WITH:

  *Abeer H. Doe, et al. v. Trump, et al.*,
1:26-cv-11382-JEK

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY
TO DEFENDANTS' CONSOLIDATED RESPONSE TO MOTION TO ENFORCE**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully move for leave to file the accompanying proposed Reply in support of their Motion to Enforce the Preliminary Injunction (ECF 101). In support, Plaintiffs state:

1.     Plaintiffs filed their respective Motions to Enforce on May 28 & 29, 2026. ECF 96 & 101.

2.     Defendants filed their Consolidated Response on June 11, 2026. ECF 112. That response relies principally on the declaration of USCIS Deputy Director Angelica Alfonso-Royals, executed the same day the response was filed. ECF 112-1.

3.     A brief reply is warranted to address this new evidence, which was not available to Plaintiffs when they filed their motion. The accompanying proposed Reply is limited in scope and confined to the declaration; it does not reargue the matters set forth in Plaintiffs' respective motions.

WHEREFORE, Plaintiffs respectfully request leave to file the accompanying proposed Reply.

**RESPECTFULLY SUBMITTED**
June 15, 2026

***/s/ Stefanie Fisher-Pinkert***
Stefanie Fisher-Pinkert
BBO#676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809

(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
*Admitted Pro Hac Vice*
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

***/s/ Carl Hurvich***
Carl Hurvich
BBO # 698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA  02155
617-245-8090
Carl@brookslawfirm.com

**/*s/ LaToya N. McBean Pompy***
LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

***/s/ Dana M. Camilleri***
Virginia Bar # 76568
Green Evans-Schroeder
130 W. Cushing St.
Tucson, AZ 85701
danac@arizonaimmigration.net

***/s/ Lauren E. Allu***
NY Bar # 4160644
NJ Bar# 014772002
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the above-referenced date, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

*/s/ James O. Hacking, III*
James O. Hacking, III