UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                       )
                                                       )
AKMURAT O. DOE *et al.*,                                )
                                                       )
             Plaintiffs,                               )
                                                       )
v.                                                     )        Civil Action No. 25-cv-13946-JEK
                                                       )        Consolidated with *Abeer H. Doe et al. v.*
DONALD J. TRUMP *et al.*,                               )        *Trump et al.*, No. 26-cv-11382-JEK
                                                       )
             Defendants.                                )
_____)

SCHEDULING ORDER

KOBICK, J.

       This Scheduling Order is intended to provide a reasonable timetable for discovery and
motion practice in order to help ensure a fair and just resolution of this matter without undue
expense or delay.

**Timetable for Discovery and Motion Practice**

       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is
hereby ORDERED that:

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this
   Court's Notice of Scheduling Conference must be completed by ___6/30/2026_____.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add
   new parties or to amend the pleadings to assert new claims or defenses may be filed after
   __7/15/2026_____.

3. **Fact Discovery – Interim Deadlines**.

   a. All requests for production of documents and interrogatories must be served by
      _____7/14/2026_____.

   b. All requests for admission must be served by ____7/14/2026_____.

   c. All depositions, other than expert depositions, must be completed by
      __9/15/2026_____.

4. **Obligation to Supplement.** Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

5. **Final Fact Discovery Deadline**. All discovery, other than expert discovery, must be completed by __9/15/2026_____.

6. **Status Conference**. A status conference will be held on __9/17/2026__ at __3:00 p.m. via Zoom__. By __9/15/2026___, the parties shall file a status report indicating the current status of the case, including whether the parties intend to seek expert discovery and/or intend to file any dispositive motions, whether the parties are interested in mediation, as well as any other matter relevant to the progress of the case.

7. **Expert Discovery**.

   a. The parties do not anticipate expert discovery.

8. **Summary Judgment Motions**.

   a. Plaintiffs' motion for summary judgment must be filed by __10/13/2026__.

   b. Defendants' opposition and cross-motion for summary judgment must be filed by __11/3/2026__.

   c. Plaintiffs' reply and opposition to defendants' cross-motion for summary judgment must be filed by __11/17/2026__.

   d. Defendants' reply must be filed by __12/1/2026__.

9. **Regular Joint Status Reports.** The parties are ORDERED to file joint status reports regarding the status of the plaintiffs' pending benefit applications. For each plaintiff, such report shall contain, at a minimum, information regarding (1) the last action taken by the defendants on the plaintiff's application; (2) the action(s) taken by the defendants on the plaintiff's application since the issuance of this Court's May 7, 2026 preliminary injunction order; and (3) the anticipated timeline for the adjudication of the plaintiff's application. Within three days of this Order, the plaintiffs must provide a master status report template for all plaintiffs from both consolidated cases, which shall include each plaintiff's full name, alien number(s), and receipt number(s). The joint status reports shall be filed under seal given the sensitive nature of the reports, including the plaintiffs' names and alien registration numbers. The plaintiffs must also promptly inform the Court if any of the plaintiffs' claims become moot. The first status report shall be filed on July 13, 2026, and subsequent reports shall thereafter be filed every three weeks.

10. **Initial and Pretrial Conferences**. The initial pretrial conference will be scheduled at a later point in the proceedings. The parties must prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the

conference, except that the parties need not include matters required by Local Rule 16.5(d)(2) or (3). The trial date will normally be set at the initial pretrial conference. A final pretrial conference will be scheduled at the time the trial date is set. The court may also schedule interim pretrial conferences in appropriate cases.

## Procedural Provisions

1. **Extension of Deadlines**. All requests to extend or modify deadlines must be made by motion and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; and (5) whether the opposing party consents and, if not, the reasons given for refusing to consent. The motion shall also contain a summary of the discovery, if any, that remains to be taken, and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion. Motions to extend or modify deadlines will be granted only for good cause shown.

   Absent an emergency, any request for an extension or adjournment shall be made at least forty-eight hours prior to the deadline or scheduled appearance.

2. **Motions to Compel or Prevent Discovery**. Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.**  Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed eight pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences**. The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

5. **Additional Conferences**. Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Early Resolution of Issues**. The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise

expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7.  **Pretrial Conference**. Lead trial counsel are required to attend any pretrial conference.

/s/ Julia E. Kobick                      
United States District Judge