**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Abeer H. Doe; Abubakr E.M. Doe; Adedeji O. Doe; Adeyemi O. Doe; Adrian R. Doe; Ajibola A. F. Doe; Akaawase B. Doe; Alex H. Doe; Amadou D. Doe; Amirhossein Doe; Anthony B. Doe; Bassey S. Doe; Bolanle B. Doe; Chukwuweike U. Doe; Cristine Doe; Damilola D. Doe; Diderot Doe; Donatus O. Doe; Ebipamo V. Doe; Ederson Doe; Emery S.B. Doe; Emmanuel Doe; Enrique J. Doe; Eric P. Doe; Ernesto A. Doe; Farag Doe; Felix L. Doe; Feyisetan Y. Doe; Flornaldine Doe; Folashade T.A. Doe; Gloria E. Doe; Gregory Doe; Hazem E. Doe; Inikpi O. Doe; Isaac Doe; Isabelle Doe; Jean J. Doe; Jeanclaude X. Doe; José M. Doe; Jose E. Doe; Jose D. Doe; Jose R. Doe; Juan C. Doe; Judeme Doe; Justus Doe; Laura M. Doe; Lubomir H. Doe; Malihe T. Doe; Maria Isabel Doe; Mariama Doe; Marie C. Doe; Medine A. Doe; Mersedeh P. Doe; Michel M. Doe; Mohammadreza Doe; Morteza S. Doe; Mostafa Doe; Muhammad Awwal Doe; Mwtasem Doe; Nan T.N. Doe; Nicola Doe; Nicole Doe; Olayemi S. Doe; Olujimi Doe; Oluwafemi Doe; Oluwapelumi O. Doe; Oluwaseun A. Doe; Oluwasola P. Doe; Oluwatomi E. Doe; Omar A. Doe; Omoezime Janet Doe; Omonemhi O. Doe; Orienne Doe; Osarogie A. Doe; Parvaneh Doe; Paul L. Doe; Pierre R. Doe; Pierre W. Doe; Pudens M. Doe; Ramzi S. Doe; Rose N. Doe; Roselaure Doe; Saeed M. S. S. Doe; Saheed A. Doe; Samba T. Doe; Samuel P. Doe; Soe M. Doe; Somayeh Doe; Steve C. Doe; Tasnim Doe; Toe E. Doe; Tomas Fernando C. Doe; Valentine E. Doe; Vandesar M. Doe; Victor A. Doe; Wint Y. Doe; Xiaoba C. Doe; Yohimar A. Doe; and, Youdy Doe, <br><br> *Plaintiffs,* <br><br> v. | Civil Action No.: 1:25-cv-13946-JEK <br><br> CONSOLIDATED WITH: 1:26-cv-11382-JEK |

Donald J. Trump, President of the United States;
Kristi Noem, Secretary, U.S. Department of
Homeland Security; Joseph B. Edlow, Director,
U.S. Citizenship and Immigration Services; Jerry
Scott Ammons, Boston Field Office Director; U.S.
Department of Homeland Security; and U.S.
Citizenship and Immigration Services,

   *Defendants.*

## NOTICE OF VOLUNTARY DISMISSAL – PLAINTIFF ABEER H. DOE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Abeer H. Doe has requested dismissal of his claims in this action.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Abeer H. Doe

hereby voluntarily dismisses his claim in the instant action without prejudice.

Respectfully submitted.
July 6, 2026

*/s/ LaToya N. McBean Pompy*
NY Bar # 6153985
McBean Law, PLLC
237  Mamaroneck Ave
Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com
Admitted Pro Hac Vice

*/s/ Lauren E. Allu*
NY Bar # 4160644
NJ Bar #014772002
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave,
Lower Level

White Plains, NY 10605
914-898-9488
L.allu@mcbeanlaw.com
Admitted Pro Hac Vice

Carl Hurvich (BBO # 698179)
Brooks Law Firm
10 High Street
Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

*/s/ Lauren E. Allu*
NY Bar # 4160644
NJ Bar #014772002
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave,
Lower Level
White Plains, NY 10605
914-898-9488
L.allu@mcbeanlaw.com
Admitted Pro Hac Vice