**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al., | |
| *Plaintiffs,* | Civil Action No.: 1:25-cv-13946-JEK |
| v. | CONSOLIDATED WITH: |
| DONALD J. TRUMP, et al., | *Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK |
| *Defendants.* | |

**JOINT STATUS REPORT**

Pursuant to this Court's scheduling order (ECF No. 116), attached is a spreadsheet indicating the status of the Plaintiffs' pending benefit applications. Consistent with this Court's scheduling order, this Joint Status Report is filed under Seal.

Respectfully submitted,

*/s/ Stefanie Fisher-Pinkert*
Stefanie Fisher-Pinkert
BBO#676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

*/s/ James O. Hacking*
JAMES O. HACKING, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
jim@hackingimmigrationlaw.com

*/s/ Carl Hurvich (BBO # 698179)*
Brooks Law Firm

LEAH B. FOLEY
United States Attorney

EVE A. PIEMONTE
Assistant United States Attorney
United States Attorney's Office

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

*/s/ Victoria Turcios*
VICTORIA TURCIOS
United States Department of Justice
Civil Division
Office of Immigration Litigation
450 Fifth Street N.W.
Washington, DC 20044

1

10 High Street, Suite 3
Medford, MA  02155
617-245-8090
Carl@brookslawfirm.com

*/s/ LaToya N. McBean Pompy*
NY Bar # 6153985
McBean Law, PLLC
235 Mamaroneck Ave, Sute 202
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

*/s/ Dana M. Camilleri*
Virginia Bar # 76568
McBean Law, PLLC
235 Mamaroneck Ave, Sute 202
White Plains, NY 10605
914-898-9488
D.Camilleri@mcbeanlaw.com

**ATTORNEYS FOR PLAINTIFFS**

Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Victoria Turcios, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 13, 2026

*/s/ Victoria Turcios*
**VICTORIA TURCIOS**

2