**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, *et al,*<br>Plaintiffs,<br><br>v.<br><br><br>DONALD J. TRUMP*, et. al.,*<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br>*Abeer H. Doe, et al. v. Trump, et al.,*<br>1:26-cv-11382-JEK |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PLAINTIFFS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs identified below hereby voluntarily dismiss their respective claims in the above-captioned consolidated action without prejudice. Since the filing of this lawsuit, and as set forth below, the circumstances giving rise to each of these Plaintiffs' claims have resolved.

1. **Plaintiff Amirhossein Doe.** Since the filing of this lawsuit, the Form I-765, Application for Employment Authorization, has been approved. The relief he sought in this litigation has been obtained.

2. **Plaintiff Enrique J. Doe.** Since the filing of this lawsuit, the Form I-130, Petition for Alien Relative on behalf of Plaintiff Enrique Monsalve, and Form I-1485, Application to Register Permanent Residence or Adjust Status have both been approved. The relief he sought in this litigation has been obtained.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs identified above hereby voluntarily dismiss their respective claims in this consolidated action without prejudice. This dismissal affects only the Plaintiffs named herein; the claims of all remaining Plaintiffs are unaffected and remain pending.

Respectfully submitted.

*/s/ LaToya N. McBean Pompy*
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave
Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com
Admitted Pro Hac Vice

*/s/ Lauren E. Allu*
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave,
Lower Level
White Plains, NY 10605
914-898-9488
L.allu@mcbeanlaw.com
Admitted Pro Hac Vice

**Carl Hurvich** (BBO # 698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

<u>*/s/ Lauren E. Allu*</u>
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave,
Lower Level
White Plains, NY 10605
914-898-9488
L.allu@mcbeanlaw.com