AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| AMURAT O. DOE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1 :25-cv-13946-JEK |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DONALD J. TRUMP, et al.                                                                                              .


Date:     07/31/2026                                        /s/ Bronwyn Nayci
                                                    *Attorney's signature*

                                        BRONWYN NAYCI, FL BAR #1018924
                                                    *Printed name and bar number*
                                        OFFICE OF IMMIGRATION LITIGATION
                                        U.S. DEPT. OF JUSTICE, CIVIL DIVISION
                                        450 FIFTH STREET, N.W.
                                        WASHINGTON, D.C. 20001

                                                    *Address*

                                        BRONWYN.H.NAYCI@USDOJ.GOV
                                                    *E-mail address*

                                        (202) 598-6429
                                                    *Telephone number*

                                        (202) 305-7000
                                                    *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: */s/ Bronwyn Nayci*
BRONWYN NAYCI
Trial Attorney
United States Department of
Justice
Civil Division
Office of Immigration
Litigation
