**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

AKMURAT O. DOE, et al,

   Plaintiffs,

v.

DONALD J. TRUMP, et al.,

   Defendants.

Case No.   1:25-cv-13946-JEK

CONSOLIDATED WITH:

*Abeer H. Doe, et al. v. Trump, et al.*,
1:26-cv-11382-JEK

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PLAINTIFFS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs identified below hereby voluntarily dismiss their respective claims in the above-captioned consolidated action with prejudice. Since the filing of this lawsuit, and as set forth below, the circumstances giving rise to each of these Plaintiffs' claims have resolved:

1. **Plaintiff Arash E. Doe**. Defendants have adjudicated his long-pending application, and he has since naturalized as a citizen of the United States. The relief he sought has been obtained and his claim is now moot.

2. **Plaintiff Dina M. Doe**. Defendants have adjudicated her long-pending application, and her Form I-485, Application to Register Permanent Residence or Adjust Status, has been approved. The relief she sought has been obtained and her claim is now moot.

3. **Plaintiff Mehdi A. Doe**. Defendants have adjudicated his long-pending application, and his Form I-485, Application to Register Permanent Residence or Adjust Status, has been approved. The relief he sought has been obtained and his claim is now moot.

4. **Plaintiff Pedram R. Doe.** Defendants have adjudicated his long-pending application, and his Form I-485, Application to Register Permanent Residence or Adjust Status, has been approved. The relief he sought has been obtained and his claim is now moot.

5. **Plaintiff Mariya R. Doe**. Since the filing of this lawsuit, Plaintiff's Form I-589, Application for Asylum and Withholding of Removal has been referred to the immigration court. In light of these circumstances, Plaintiff has determined that dismissal from this action is appropriate.

6. **Plaintiff Larissa G. Doe**. Since the filing of this lawsuit, Plaintiff's Form I-589, Application for Asylum and Withholding of Removal has been referred to the immigration court. In light of these circumstances, Plaintiff has determined that dismissal from this action is appropriate.

7. **Plaintiff Mohammadreza G. Doe.** Defendants have adjudicated his long-pending application, and his Form I-485, Application to Register Permanent Residence or Adjust Status, has been approved. The relief he sought has been obtained and his claim is now moot.

8. **Plaintiff Aidasadat M.T. Doe.** Defendants have adjudicated her long-pending application, and his Form I-485, Application to Register Permanent Residence or Adjust Status, has been approved. The relief he sought has been obtained and his claim is now moot.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs identified above hereby voluntarily dismiss their respective claims in this consolidated action with prejudice. This dismissal affects only the Plaintiffs named herein; the claims of all remaining Plaintiffs are unaffected and remain pending.

**RESPECTFULLY SUBMITTED**
August 6, 2026

*/s/ Stefanie Fisher-Pinkert*
Stefanie Fisher-Pinkert
BBO#676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

*/s/ James O. Hacking, III*
James O. Hacking, III
MO Bar # 46728
*Admitted Pro Hac Vice*
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

*/s/ Carl Hurvich*
Carl Hurvich
BBO # 698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA  02155

617-245-8090
Carl@brookslawfirm.com

**/s/ _LaToya N. McBean Pompy_**
LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

**_/s/ Dana M. Camilleri_**
Virginia Bar # 76568
Green Evans-Schroeder
130 W. Cushing St.
Tucson, AZ 85701
danac@arizonaimmigration.net

**_/s/ Lauren E. Allu_**
NY Bar # 4160644
NJ Bar# 014772002
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that they have conferred with counsel for Defendants regarding the foregoing Notice of Voluntary Dismissal With Prejudice. Defendants do not oppose the notice.

**_/s/ James O. Hacking, III_**
James O. Hacking, III

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

*/s/ James O. Hacking, III*
James O. Hacking, III