# EXHIBIT

# F

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Thursday, August 19, 2026, 3:00 p.m. – 4:30 p.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Andrew Good, Chief, Office of Policy and Strategy, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich

BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*, 1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Thursday, August 19, 2026, 10:30 a.m. – 12:00 p.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Angelica Alfonso-Royals, Deputy Director, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich

BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Thursday, August 19, 2026, 8:30 a.m. – 10:00 a.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** James Kernochan, former Deputy Director, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich

BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Thursday, August 19, 2026, 1:00 p.m. – 2:30 p.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Joseph B. Edlow, Director, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich

BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Wednesday, August 19, 2026, 8:30 a.m. – 10:00 a.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Julia Harrison, former Acting Chief of Staff for Service Center Operations, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich
BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Wednesday, August 19, 2026, 3:00 p.m. – 4:30 p.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Melissa Lin, former Branch Chief, Office of Policy and Strategy, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich

BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Wednesday, August 19, 2026, 10:30 a.m. – 12:00 p.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Nathaniel I. Stiefel, former Deputy Chief, Office of Policy and Strategy, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich
BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br><br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF DEPOSITION**

**TO:** All Parties of Record

**DATE AND HOUR:** Wednesday, August 19, 2026, 1:00 p.m. – 2:30 p.m.

**PLACE DEPOSITION TO BE TAKEN:** USCIS Headquarters, 5900 Capital Gateway Drive, Camp Springs, MD 20746

**WITNESS TO BE DEPOSED:** Paloma Sotomayor, former Acting Division Chief, Office of Policy and Strategy, USCIS

PLEASE TAKE NOTICE that at the above stated date, hour and place we shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the appropriate statutes and rules, before a Notary Public, at which time any party or their attorney may appear and cross-examine as they see fit.

RESPECTFULLY SUBMITTED
July 29, 2026

Stefanie Fisher-Pinkert
BBO# 676653
655 Centre St, Box 300151
Jamaica Plain, MA 02130
(C) 203-952-1809
(E) stef@sfpbriefing.com

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
Admitted Pro Hac Vice
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Carl Hurvich
BBO # 698179
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

LaToya N. McBean Pompy
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com

Lauren E. Allu
NY Bar # 4160644
NJ Bar # 014772002
PA Bar # 325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
l.allu@mcbeanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's CM/ECF electronic filing system this 29th day of July, 2026, to:

Victoria Turcios
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

ATTORNEY FOR DEFENDANTS

***/s/ James O. Hacking, III***