**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, *et al,*<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP*, et. al.,*<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs identified below hereby voluntarily dismiss their respective claims in the above-captioned consolidated action **without prejudice**.

1. **Plaintiff Jean J. Doe is hereby voluntarily dismissed without prejudice.**
2. **Plaintiff Oluwafemi Doe is hereby voluntarily dismissed without prejudice.**
3. **Plaintiff Muhammad Awwal Doe is hereby voluntarily dismissed without prejudice.**
4. **Plaintiff Saheed A. Doe is hereby voluntarily dismissed without prejudice.**
5. **Plaintiff Paul L. Doe is hereby voluntarily dismissed without prejudice.**
6. **Plaintiff Wint Y. Doe is hereby voluntarily dismissed without prejudice.**
7. **Plaintiff Olayemi S. Doe is hereby voluntarily dismissed without prejudice.**
8. **Plaintiff Justus Doe is hereby voluntarily dismissed without prejudice.**
9. **Plaintiff Xiaoba C. Doe is hereby voluntarily dismissed without prejudice.**

10. **Plaintiff Diderot Doe is hereby voluntarily dismissed without prejudice.**

11. **Plaintiff Somayeh Doe is hereby voluntarily dismissed without prejudice**

12. **Plaintiff Nan T. N. Doe is hereby voluntarily dismissed without prejudice.**

13. **Plaintiff Tasnim Doe is hereby voluntarily dismissed without prejudice.**

14. **Plaintiff Emery S. B. Doe is hereby voluntarily dismissed without prejudice.**

15. **Plaintiff Mersedeh P. Doe is hereby voluntarily dismissed without prejudice.**

16. **Plaintiff Omar A. Doe is hereby voluntarily dismissed without prejudice.**

17. **Plaintiff Nicola Doe is hereby voluntarily dismissed without prejudice.**

18. **Plaintiff Soe M. Doe is hereby voluntarily dismissed without prejudice.**

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs identified above hereby voluntarily dismiss their respective claims in this consolidated action without prejudice. This dismissal affects only the Plaintiffs named herein; the claims of all remaining Plaintiffs are unaffected and remain pending.

Respectfully submitted.

***/s/ Lauren E. Allu***
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.allu@mcbeanlaw.com
Admitted Pro Hac Vice

***/s/ LaToya N. McBean Pompy***
NY Bar # 6153985
McBean Law, PLLC
237 Mamaroneck Ave Lower Level
White Plains, NY 10605
914-898-9488
L.Pompy@mcbeanlaw.com
Admitted Pro Hac Vice

**Carl Hurvich** (BBO # 698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
617-245-8090
Carl@brookslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2026, a true and correct copy of the foregoing was served on Defendants by filing the document through the Court's CM/ECF system.

***/s/ Lauren E. Allu***
PA Bar #325125
McBean Law, PLLC
237 Mamaroneck Ave, Lower Level
White Plains, NY 10605
914-898-9488
L.allu@mcbeanlaw.com
Admitted Pro Hac Vice