**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants.* | Civil Action No.: 1:25-cv-13946-JEK<br><br>CONSOLIDATED WITH:<br>*Abeer H. Doe, et al. v. Trump, et al.*,<br>1:26-cv-11382-JEK |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants provide notice of a recent U.S. District Court decision that may impact this action. On August 24, 2026, the District Court for the Northern District of California entered an order certifying a class in *Red Eagle Law, L.C., et al. v. Edlow*, No. 26-cv-04850-CRB, 2026 WL 2476424 (N.D. Cal. Aug. 24, 2026). The class is defined as individuals who:

> (1) Are citizens or natives of one or more of the 39 countries listed in Presidential Proclamations 10949 or 10998, or the Palestinian Authority; and
>
> (2) Who are seeking asylum with an I-589 application pending; or
>
> (3) Otherwise have a benefit application pending with U.S. Citizenship and Immigration Services;
>
> (4) That is subject to the adjudication hold imposed by USCIS Policy Memorandum PM-602-0192 (December 2, 2025) or PM-602-0194 (January 1, 2026) that has not received final adjudication as of the date of class certification.

*See id.*, at *6. The *Red Eagle* class challenges the same policies challenged in this action, and the *Red Eagle* claims substantially overlap with the claims presented in this case. The district court also granted the plaintiffs' motion for injunctive relief and ordered USCIS to adjudicate the plaintiffs' (and the class members') applications "in the normal course of USCIS's process." *Id.*,

*6.

Defendants are presently evaluating the implications of that order to the case at issue, and to similar cases filed within this District. Defendants provide this notice so that the Court is aware of the development and its potential implications for the case.

DATED: September 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

***/s/ Victoria Turcios***
VICTORIA TURCIOS
United States Department of Justice
Civil Division
Office of Immigration Litigation
450 Fifth Street N.W.
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

LEAH B. FOLEY
United States Attorney

EVE A. PIEMONTE
Assistant United States Attorney
United States Attorney's Office

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, Victoria Turcios, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 11, 2026

***/s/ Victoria Turcios***
**VICTORIA TURCIOS**