**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AKMURAT O. DOE, et al.,

*Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

*Defendants.*

Civil Action No.: 1:25-cv-13946-JEK

CONSOLIDATED WITH:
*Abeer H. Doe, et al. v. Trump, et al.*,
1:26-cv-11382-JEK

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**

Defendants oppose Plaintiffs' motion to modify the Court's Scheduling Order due to the recent class certification order in *Red Eagle Law, L.C., et al. v. Edlow*, No. 26-cv-04850-CRB, 2026 WL 2476424 (N.D. Cal. Aug. 24, 2026). As will be discussed in Defendants' forthcoming supplemental memoranda regarding the impact of the *Red Eagle* class certification, Plaintiffs in this matter are all class members in the *Red Eagle* class action. The *Red Eagle* class was certified pursuant to Federal Rule of Civil Procedure 23(b)(2), meaning "[i]t is a mandatory class, from which 'class members have no absolute right to opt-out.'" *DeRosa v. Massachusetts Bay Commuter Rail Co.*, 694 F. Supp. 2d 87, 94 (D. Mass. 2010) (quoting *Allison v. Citgo Petroleum Corp.*, 151 F.3d 402, 412 n.7 (5th Cir.1998)). Defendants' forthcoming supplemental memoranda will seek dismissal of this case (or, alternatively, a stay of the case) because Plaintiffs' claims will be proceeding in *Red Eagle*. Accordingly, Defendants oppose any modifications of the Scheduling Order because the *Red Eagle* decision renders this case moot.

Alternatively, if the Court declines to dismiss or stay this litigation pursuant to the class certification in *Red Eagle*, Defendants do not oppose the schedule set out in Plaintiffs' Motion to Modify the Scheduling Order *per se*. Rather, the scope of discovery is still at issue. It would be

imprudent for Defendants to agree to a modification of the Scheduling Order ahead of the Court's resolution of the scope of discovery dispute. Indeed, Defendants only agreed to the original 45-day discovery period based on Plaintiffs' representations that they sought modest discovery in line with the Court's statements during the scheduling conference, which is the issue before the Court as set forth in ECF No. 135.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Acting Director

MATTHEW SEAMON
Assistant Director

***/s/ Victoria Turcios***
VICTORIA TURCIOS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Tel: (202) 451-7661
Email: Victoria.E.Turcios2@usdoj.gov

LEAH B. FOLEY
United States Attorney

EVE A. PIEMONTE
Assistant United States Attorney
United States Attorney's Office

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, Victoria Turcios, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 25, 2026

***/s/ Victoria Turcios***
VICTORIA TURCIOS