**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AKMURAT O. DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-13946-JEK<br><br>(Consolidated with No. 1:26-cv-11382-JEK) |

**<u>PLAINTIFFS' ASSENTED-TO MOTION TO CONTINUE THE OCTOBER 30, 2026 HEARING</u>**

Plaintiffs respectfully move this Court to continue the hearing currently scheduled for October 30, 2026, and to reset it for a date convenient to the Court. Counsel for Defendants has been consulted and does not object to this motion. In support, Plaintiffs state as follows:

1. The Court has scheduled a hearing in this matter for October 30, 2026, at 2 p.m. in Courtroom 3 of the John Joseph Moakley United States Courthouse.

2. Undersigned counsel is lead counsel for Plaintiffs, has had primary responsibility for the briefing of the matters set for hearing, and would argue them.

3. Undersigned counsel has an unavoidable family obligation requiring out-of-town travel on October 29 and 30, 2026. Yesterday, on October 24, 2026, Counsel's daughter's team qualified for the Missouri state championship softball tournament,[1] which is scheduled for those two days in Springfield, Missouri, several hours from counsel's home and office.

4. Counsel does not raise a personal obligation lightly and recognizes that the Court's calendar is not easily moved. The commitment is a single, fixed, once-occurring event that cannot be rescheduled or attended in part, and counsel would be traveling and unable to participate meaningfully in a hearing by any means, including remotely, on either day.

---

[1] https://www.stltoday.com/sports/high-school/softball-fall/article_6615066d-b605-48b3-9de5-0036b70ecd3d.html?gift=1&gift_token=4a474aaa-7901-4b3e-b3e1-97d768b816cc

5. Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred with Victoria E. Turcios, counsel for Defendants, on several occasions this week. Defendants assent to the relief requested and do not oppose this motion.

6. Plaintiffs are mindful that the Court's calendar must come first, and offer the following dates solely as a convenience to the Court rather than as any limitation upon it. The parties have conferred and jointly represent that both sides are available on Wednesday, November 4, 2026; Monday, November 9, 2026; and Tuesday, November 17, 2026. Should none of those dates suit the Court's schedule, the parties will of course appear on whatever date and time the Court sets, and in whatever format the Court prefers, including by videoconference.

7. This is Plaintiffs' first request to continue this hearing. No continuance of this hearing has previously been sought or granted.

8. A short continuance will not prejudice any party, will not affect any other deadline in this case, and should not delay the Court's resolution of the pending matters in any material respect.

WHEREFORE, Plaintiffs respectfully request that this Court continue the hearing presently scheduled for October 30, 2026, and reset it for a date and time convenient to the Court.

**RESPECTFULLY SUBMITTED,**

Dated: October 25, 2026

***/s/ James O. Hacking, III***
James O. Hacking, III
MO Bar # 46728
*Admitted Pro Hac Vice*
**Hacking Immigration Law, LLC**
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

Stefanie Fisher-Pinkert
BBO #676653
655 Centre Street, Box 300151
Jamaica Plain, MA 02130
(C) 203.952.1809

(E) stef@sfpbriefing.com

**ATTORNEYS FOR PLAINTIFFS**

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

Undersigned counsel certifies that on October 21, 2026 he conferred with Victoria E. Turcios, counsel for Defendants, regarding the relief sought in this motion, and that Defendants do not object to the relief requested.

***/s/ James O. Hacking, III***
James O. Hacking, III